# EXHIBIT A

**Nektar Therepeutics (NKTR)**
**Class Period: February 15, 2019 to August 8, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Narula, Gurpreet Singh | | | | | | | | | | | |
| Narula, Gurpreet Singh | | | | | PreClass | 4,200 | | | | | |
| Narula, Gurpreet Singh | 2/15/2019 | 2,325 | $43.0000 | ($99,975) | 2/15/2019 | (1,351) | $42.6200 | $57,580 | | | |
| Narula, Gurpreet Singh | 2/15/2019 | 2,653 | $42.9000 | ($113,814) | 2/15/2019 | (1,409) | $42.6217 | $60,054 | | | |
| Narula, Gurpreet Singh | 2/20/2019 | 5,887 | $43.8000 | ($257,851) | 2/15/2019 | (207) | $42.6001 | $8,818 | | | |
| Narula, Gurpreet Singh | 4/30/2019 | 2,318 | $32.7199 | ($75,845) | 2/15/2019 | (254) | $42.5900 | $10,818 | | | |
| Narula, Gurpreet Singh | 5/10/2019 | 5,132 | $34.9900 | ($179,569) | 2/15/2019 | (400) | $42.6017 | $17,041 | | | |
| Narula, Gurpreet Singh | 5/21/2019 | 335 | $33.2499 | ($11,139) | 2/15/2019 | (418) | $42.6097 | $17,811 | | | |
| Narula, Gurpreet Singh | 5/21/2019 | 416 | $33.2500 | ($13,832) | 2/15/2019 | (939) | $42.5201 | $39,926 | | | |
| Narula, Gurpreet Singh | 5/21/2019 | 601 | $33.2500 | ($19,983) | 2/20/2019 | (149) | $43.0600 | $6,416 | | | |
| Narula, Gurpreet Singh | 5/21/2019 | 900 | $33.3500 | ($30,015) | 2/20/2019 | (1,491) | $43.0608 | $64,204 | | | |
| Narula, Gurpreet Singh | 5/22/2019 | 3,679 | $33.4999 | ($123,246) | 2/20/2019 | (447) | $43.0601 | $19,248 | | | |
| Narula, Gurpreet Singh | 5/23/2019 | 3,538 | $32.0969 | ($113,559) | 2/21/2019 | (1,000) | $40.4327 | $40,433 | | | |
| Narula, Gurpreet Singh | 6/3/2019 | 1,107 | $35.2457 | ($39,017) | 2/22/2019 | (3,000) | $40.5000 | $121,500 | | | |
| Narula, Gurpreet Singh | 6/3/2019 | 1,149 | $35.1999 | ($40,445) | 3/6/2019 | (100) | $36.6701 | $3,667 | | | |
| Narula, Gurpreet Singh | 6/3/2019 | 178 | $34.4500 | ($6,132) | 3/6/2019 | (3,900) | $36.6850 | $143,072 | | | |
| Narula, Gurpreet Singh | 6/3/2019 | 2,314 | $33.6000 | ($77,750) | 4/30/2019 | (2,318) | $32.0102 | $74,200 | | | |
| Narula, Gurpreet Singh | 6/3/2019 | 300 | $35.3490 | ($10,605) | 5/10/2019 | (100) | $34.7350 | $3,474 | | | |
| Narula, Gurpreet Singh | 6/3/2019 | 4 | $35.2495 | ($141) | 5/10/2019 | (200) | $34.6994 | $6,940 | | | |
| Narula, Gurpreet Singh | 6/3/2019 | 4,440 | $34.8000 | ($154,512) | 5/10/2019 | (200) | $34.7200 | $6,944 | | | |
| Narula, Gurpreet Singh | 6/3/2019 | 574 | $35.3499 | ($20,291) | 5/10/2019 | (400) | $34.6950 | $13,878 | | | |
| Narula, Gurpreet Singh | 6/3/2019 | 785 | $35.2400 | ($27,663) | 5/10/2019 | (732) | $34.6901 | $25,393 | | | |
| Narula, Gurpreet Singh | 6/20/2019 | 4,247 | $35.5600 | ($151,023) | 5/13/2019 | (3,500) | $34.0000 | $119,000 | | | |
| Narula, Gurpreet Singh | 6/21/2019 | 2,682 | $35.2389 | ($94,511) | 5/22/2019 | (1,000) | $33.6300 | $33,630 | | | |
| Narula, Gurpreet Singh | 6/24/2019 | 2,709 | $34.5900 | ($93,704) | 5/22/2019 | (1,000) | $33.6600 | $33,660 | | | |
| Narula, Gurpreet Singh | 7/10/2019 | 3,567 | $34.6300 | ($123,525) | 5/22/2019 | (500) | $33.6601 | $16,830 | | | |
| Narula, Gurpreet Singh | 7/19/2019 | 3,200 | $32.0500 | ($102,560) | 5/22/2019 | (931) | $33.6000 | $31,282 | | | |
| Narula, Gurpreet Singh | 7/29/2019 | 4,997 | $31.3000 | ($156,406) | 5/23/2019 | (6,038) | $32.8200 | $198,167 | | | |
| Narula, Gurpreet Singh | | | | | 6/3/2019 | (6,932) | $33.8500 | $234,648 | | | |
| Narula, Gurpreet Singh | | | | | 6/10/2019 | (3,919) | $33.0900 | $129,680 | | | |
| Narula, Gurpreet Singh | | | | | 6/20/2019 | (500) | $35.3275 | $17,664 | | | |
| Narula, Gurpreet Singh | | | | | 6/21/2019 | (1,000) | $34.8642 | $34,864 | | | |
| Narula, Gurpreet Singh | | | | | 6/21/2019 | (1,429) | $34.8710 | $49,831 | | | |
| Narula, Gurpreet Singh | | | | | 6/21/2019 | (200) | $34.8400 | $6,968 | | | |
| Narula, Gurpreet Singh | | | | | 6/28/2019 | (100) | $35.1450 | $3,515 | | | |
| Narula, Gurpreet Singh | | | | | 6/28/2019 | (1,509) | $35.1129 | $52,985 | | | |
| Narula, Gurpreet Singh | | | | | 6/28/2019 | (200) | $35.1250 | $7,025 | | | |
| Narula, Gurpreet Singh | | | | | 7/2/2019 | (700) | $36.0000 | $25,200 | | | |
| Narula, Gurpreet Singh | | | | | 7/17/2019 | (500) | $32.0000 | $16,000 | | | |
| Narula, Gurpreet Singh | | | | | 7/17/2019 | (500) | $32.0901 | $16,045 | | | |
| Narula, Gurpreet Singh | | | | | 7/17/2019 | (67) | $32.3400 | $2,167 | | | |
| Narula, Gurpreet Singh | | | | | 7/19/2019 | (3,200) | $32.0017 | $102,405 | | | |
| Narula, Gurpreet Singh | | | | | 7/29/2019 | (1,000) | $29.2100 | $29,210 | | | |
| Narula, Gurpreet Singh | | | | | 7/29/2019 | (1,497) | $29.8101 | $44,626 | | | |
| Narula, Gurpreet Singh | | | | | 8/6/2019 | (1,530) | $28.7201 | $43,942 | | | |
| Narula, Gurpreet Singh | | | | | 8/9/2019 | (1,000) | $20.9200 | $20,920 | | | |
| Narula, Gurpreet Singh | | | | | 8/9/2019 | (1,470) | $20.9200 | $30,752 | | | |
| Narula, Gurpreet Singh | | | | | 8/9/2019 | (2,000) | $20.9200 | $41,840 | | | |
| Narula, Gurpreet Singh | | | | | 9/16/2019 | (1,687) | $18.2008 | $30,705 | | | |
| Narula, Gurpreet Singh | | | | | 9/25/2019 | (100) | $18.5464 | $1,855 | | | |
| Narula, Gurpreet Singh | | | | | 9/25/2019 | (166) | $18.5464 | $3,079 | | | |
| Narula, Gurpreet Singh | | | | | 9/25/2019 | (250) | $18.5464 | $4,637 | | | |
| Narula, Gurpreet Singh | | | | | 10/8/2019 | (797) | $18.4164 | $14,678 | | | |
| **Narula, Gurpreet Singh** | | **60,037** | | **($2,137,112)** | | **(64,237)** | | **$2,139,222** | **7,470** | **($176,857)** | **($152,729)** |