# EXHIBIT B





# Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of Nektar Therapeutics Investors (NKTR)

August 19, 2019 09:43 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California, captioned *Damiba v. Nektar Therapeutics, et. al.,* (Case No. 3:19-cv-05173) on behalf of persons and/or entities that acquired Nektar Therapeutics (NASDAQ: NKTR) ("Nektar" or the "Company") securities between **February 15, 2019 and August 8, 2019,** inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On August 8, 2019, after the market closed, the Company revealed that a manufacturing issue caused two batches of bempegaldesleukin to differ from the other 20 batches that were produced. Moreover, these batches resulted in variable clinical benefit than other batches used in the Company's PIVOT-02 clinical trial.

On this news, the Company's share price fell $8.65, or nearly 30%, to close at $20.92 per share on August 9, 2019, thereby injuring investors.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company did not comply with current good manufacturing practices; (2) that, as a result, batches of NKTR-214 were not produced consistently and differed meaningfully; (3) that clinical results from PIVOT-02 differed based on the batch of NKTR-214 used in the study; (4) that, as a result, the PIVOT-02 study did not produce statistically significant results to support a finding of clinical benefit; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Nektar securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los

Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by Email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

Glancy Prongay and Murray LLP, Los Angeles

Lesley Portnoy, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

$Cashtags

$NKTR

/