W. Scott Holleman (#310266)
**BRAGAR EAGEL & SQUIRE, P.C.**
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149
Email: holleman@bespc.com

*Attorneys for the Nektar Investor Group
and Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIPPE DAMIBA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, and GIL M. LABRUCHERIE,<br><br>Defendants. | Case No. 4:19-cv-05173-JSW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF MOTION OF THE NEKTAR INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:       November 22, 2019<br>Time:      9:00 a.m.<br>Courtroom: 5, 2nd Floor<br>Judge:     Honorable Jeffrey S. White |

Case No. 4:19-cv-05173-JSW
DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF MOTION OF THE NEKTAR
INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF LEAD COUNSEL

I, W. Scott Holleman, hereby declare as follows:

1.    I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for Movants Timothy R. Bodiford, Nancy H. Bodiford, Matthew Pence, and Chor Phen Ng (collectively, the "Nektar Investor Group" or "Movant"), and a member in good standing for the bar of the State of California.  I respectfully submit this declaration in support of the Nektar Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel in the above-captioned action.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto collectively as **Exhibit A** are true and correct copies of the PSLRA Certification signed by each of the members of the Nektar Investor Group attaching their transactions in Nektar securities.

3.    Attached hereto collectively as **Exhibit B** are true and correct copies of the loss charts detailing the Nektar Investor Group's losses collectively and each member's losses individually as a result of their investments in Nektar.

4.    Attached hereto as **Exhibit C** is the Joint Declaration of the Nektar Investor Group.

5.    Attached hereto as **Exhibit D** is a true and correct copy of the press release originally published on August 19, 2019 on *Business Wire* announcing the pendency of the securities lawsuit.

6.    Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.

7.    Attached hereto as **Exhibit F** is a true and correct copy of the firm résumé of Bernstein Liebhard LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 18th day of October, 2019.

*/s/ W, Scott Holleman*
W. Scott Holleman

2                    Case No. 4:19-cv-05173-JSW
DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF MOTION OF THE NEKTAR INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL