# Exhibit A

## CERTIFICATION OF NAMED PLAINTIFF
## <u>PURSUANT TO FEDERAL SECURITIES LAWS</u>

TIMOTHY R. BODIFORD ("Plaintiff"), declares the following as to the claims asserted under the federal securities laws:

1.     Plaintiff has reviewed the complaints filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff.  Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.     Plaintiff did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff, individually or as part of a group, is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4.     Plaintiff's transactions in NEKTAR THERAPEUTICS securities during the relevant period as specified in the complaint are set forth in "Attachment A" to this Certification.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: 10/17/2019 _____

DocuSigned by:

*Timothy R. Bodiford*
A2ADD1AB8B56448...

TIMOTHY R. BODIFORD

## ATTACHMENT A

### TIMOTHY R. BODIFORD

Transactions in Nektar Therapeutics

| TRANSACTION TYPE | DATE | SHARES | PRICE ($) |
|---|---|---|---|
| Purchase | 04/12/19 | 300 | 36.5525 |
| Purchase | 04/12/19 | 1,500 | 36.5450 |
| Purchase | 05/13/19 | 100 | 32.3176 |
| Purchase | 05/29/19 | 92 | 32.0315 |
| Sale | 06/03/19 | 92 | 35.0215 |
| Purchase | 06/06/19 | 100 | 32.7500 |
| Purchase | 07/08/19 | 190 | 34.1870 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

NANCY H. BODIFORD ("Plaintiff"), declares the following as to the claims asserted under the federal securities laws:

1.      Plaintiff has reviewed the complaints filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff.  Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.      Plaintiff did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff, individually or as part of a group, is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4.      Plaintiff's transactions in NEKTAR THERAPEUTICS securities during the relevant period as specified in the complaint are set forth in "Attachment A" to this Certification.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: _10/17/2019_____

DocuSigned by:

NANCY H. BODIFORD

**ATTACHMENT A**

NANCY H. BODIFORD

Transactions in Nektar Therapeutics

| TRANSACTION TYPE | DATE | SHARES | PRICE ($) |
|---|---|---|---|
| Purchase | 04/12/19 | 1,000 | 35.9834 |
| Purchase | 05/29/19 | 70 | 31.8567 |
| Sale | 06/03/19 | 70 | 34.8100 |
| Purchase | 07/15/19 | 165 | 33.0571 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Matthew Pence, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Nektar Therapeutics (NASDAQ: NKTR) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Sep 2, 2019

*Matthew Pence*
Matthew Pence (Sep 2, 2019)

Matthew Pence

1

**SCHEDULE A**

Class Period Transactions of Matthew Pence in Nektar Therapeutics (NASDAQ: NKTR).

| Transaction | Date | Quantity | Total Price |
|---|---|---|---|
| Purchase | 6/7/2019 | 1,000 | $33.11 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Chor Phen Ng, certify that:

1.    I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.    I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.    I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.    Attached hereto as Schedule A is a complete listing of all my Nektar Therapeutics (NASDAQ: NKTR) transactions during the Class Period.

5.    I have not served as a representative party on behalf of a class under this title during the last three years.

6.    I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Sep 26, 2019

*chorphenng*
chor phen ng (Sep 26, 2019)

Chor Phen Ng

1

## SCHEDULE A

Class Period Transactions of Chor Phen Ng in Nektar Therapeutics (NASDAQ: NKTR).

| Transaction | Date | Quantity | Total Price |
|---|---|---|---|
| Purchase | 6/5/2019 | 1,000 | $32.88 |

2