# Exhibit B

**Nektar Therapeutics, Inc. (NASDAQ: NKTR)**

| | |
|---|---|
| **Company Name** | Nektar Therapeutics, Inc. |
| **Ticker Symbol** | NKTR |
| **Class Period Start** | 02/15/2019 |
| **Class Period End** | 08/08/2019 |
| **90 Day Average Price** | $18.18 |

| Movant | Loss |
|---|---|
| Timothy R. Bodiford | ($38,686.90) |
| Nancy H. Bodiford | ($20,379.40) |
| Matthew Pence | ($14,930.00) |
| Chor Phen Ng | ($14,700.00) |
| **Total Loss** | ($88,696.30) |

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | Nektar Therapeutics, Inc. | | | | | |
| **Client Name** | Timothy R. Bodiford | | | **LIFO Loss** | **($38,686.90)** | |
| **Ticker Symbol** | NKTR | | | | | |
| **Class Period Start** | 02/15/2019 | | | | | |
| **Class Period End** | 08/08/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 4/12/2019 | 300 | $36.55 | ($10,965.00) | | | ($10,965.00) |
| 4/12/2019 | 1,500 | $36.54 | ($54,810.00) | | | ($54,810.00) |
| 5/13/2019 | 100 | $32.31 | ($3,231.00) | | | ($3,231.00) |
| 5/29/2019 | 92 | $32.02 | ($2,945.84) | | | ($2,945.84) |
| 6/3/2019 | -92 | | | $35.02 | $3,221.84 | $3,221.84 |
| 6/6/2019 | 100 | $32.75 | ($3,275.00) | | | ($3,275.00) |
| 7/8/2019 | 190 | $34.19 | ($6,496.10) | | | ($6,496.10) |
| | | | | | **Subtotal** | ($78,501.10) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $39,814.20 |
| 2,190 | | $18.18 | | | **Total** | ($38,686.90) |

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | Nektar Therapeutics, Inc. | | | | | |
| **Client Name** | Nancy H. Bodiford | | | **LIFO Loss** | **($20,379.40)** | |
| **Ticker Symbol** | NKTR | | | | | |
| **Class Period Start** | 02/15/2019 | | | | | |
| **Class Period End** | 08/08/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 4/12/2019 | 1,000 | $35.98 | ($35,980.00) | | | ($35,980.00) |
| 5/29/2019 | 70 | $31.87 | ($2,230.90) | | | ($2,230.90) |
| 6/3/2019 | -70 | | | $34.81 | $2,436.70 | $2,436.70 |
| 7/15/2019 | 165 | $35.06 | ($5,784.90) | | | ($5,784.90) |
| | | | | | **Subtotal** | ($41,559.10) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $21,179.70 |
| 1,165 | | $18.18 | | | **Total** | ($20,379.40) |

**Loss Chart**

| | | |
|---|---|---|
| **Company Name** | Nektar Therapeutics, Inc. | |
| **Client Name** | Matthew Pence | **LIFO Loss** ($14,930.00) |
| **Ticker Symbol** | NKTR | |
| **Class Period Start** | 02/15/2019 | |
| **Class Period End** | 08/08/2019 | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 6/7/2019 | 1,000 | $33.11 | ($33,110.00) | | | ($33,110.00) |
| | | | | | **Subtotal** | ($33,110.00) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $18,180.00 |
| 1,000 | | $18.18 | | | **Total** | ($14,930.00) |

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | Nektar Therapeutics, Inc. | | | | | |
| **Client Name** | Chor Phen Ng | | | **LIFO Loss** | **($14,700.00)** | |
| **Ticker Symbol** | NKTR | | | | | |
| **Class Period Start** | 02/15/2019 | | | | | |
| **Class Period End** | 08/08/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 6/5/2019 | 1,000 | $32.88 | ($32,880.00) | | | ($32,880.00) |
| | | | | | **Subtotal** | ($32,880.00) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $18,180.00 |
| 1,000 | | $18.18 | | | **Total** | ($14,700.00) |