# Exhibit C

**JOINT DECLARATION IN SUPPORT OF THE MOTION
OF THE NEKTAR INVESTOR GROUP FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

We, Timothy R. Bodiford, Nancy H. Bodiford, Matthew Pence, and Chor Phen Ng declare as follows:

1.      We, Timothy R. Bodiford, Nancy H. Bodiford, Matthew Pence, and Chor Phen Ng, (collectively, the "Nektar Investor Group") respectfully submit this Joint Declaration in support of our Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Joint Declaration").

2.      We are each informed of, understand, and are capable of fulfilling the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995.  We each have personal knowledge about the information contained in this Joint Declaration relating to ourselves.

3.      I, Timothy R. Bodiford, as reflected in my Certification, purchased Nektar Therapeutics ("Nektar" or the "Company") securities during the Class Period (as defined herein) and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.[1] I currently reside in South Carolina with my wife Nancy H. Bodiford and I am a real estate investor.  I have approximately thirty years of investing experience. After due consideration, I decided to seek appointment as lead plaintiff with Mr. Ng, Mr. Pence and Mrs. Bodiford.

4.      I, Nancy H. Bodiford, as reflected in my Certification, purchased Nektar securities

---

[1]  The "Class" is comprised of all persons or entities, other than defendants, that purchased or otherwise acquired Nektar securities between February 15, 2019 and August 8, 2019, inclusive (the "Class Period").

1

during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in South Carolina with my husband Timothy R. Bodiford and I am a real estate investor.  I have approximately thirty years of investing experience. After due consideration, I decided to seek appointment as lead plaintiff with Mr. Ng, Mr. Pence and Mr. Bodiford.

5.    I, Matthew Pence, as reflected in my Certification, purchased Nektar securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Grapevine, Texas and I am a client service associate.  I have approximately thirteen years of investing experience.  After due consideration, I decided to seek appointment as lead plaintiff with Mr. Ng, Mr. Bodiford and Mrs. Bodiford.

6.    I, Chor Phen Ng, as reflected in my Certification, purchased Nektar securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I currently reside in Newcastle, Washington and I am a realtor.  I have approximately twelve years of investing experience.  After due consideration, I decided to seek appointment as lead plaintiff with Mr. Pence, Mr. Bodiford and Mrs. Bodiford.

7.    We are like-minded investors who both contacted and retained Bernstein Liebhard LLP ("Bernstein Liebhard) and Bragar Eagel & Squire, P.C. ("BES") to represent us in the Action as Co-Lead Counsel.  We believe that we will provide exemplary representation to the Class of investors who purchased Nektar securities during the Class Period.   After discussing the

allegations against Nektar, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class. We each decided to work together as a small group of investors in order to collaborate and exercise joint decision-making. We based this decision, in part, on our belief that we can provide complete representation to the Class given that we have substantial losses from trading in Nektar securities during the Class Period. We agree to work collaboratively to represent all Nektar shareholders who suffered damages during the Class Period.

8.      On August 19, 2019, Philippe Damiba filed a putative class action in this District, on behalf of all purchasers of Nektar securities during the Class Period. The Action seeks relief against Nektar and other defendants for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

9.      We believe the Action is meritorious and that the Class would benefit from the individual experiences and the combined oversight that we would bring to the litigation if appointed as Lead Plaintiff. We each recognize that we each suffered heavy losses as a result of the allegations in the Action and the decline in value of Nektar securities at the close of the Class Period. We are each motivated to recover these losses and believe the Class would be well-represented by the appointment of a small and cohesive group of just four individuals, including a married couple, with the financial incentive to ensure the Action is managed effectively and with the best interests of the Class in mind.

10.      We are aware that a Lead Plaintiff has a fiduciary duty to the entire Class, which we each intend to represent fully and faithfully to protect its interests. We understand that to

fulfill our fiduciary duties and obligations as Lead Plaintiff, we must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class. Each of us will do our best to maximize the recovery for the Class.

11. If appointed as Lead Plaintiff, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, and discussing through email any developments, participating in discovery, as well as exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We select Bernstein Liebhard and BES to serve as Co-Lead Counsel on behalf of the Class and believe Bernstein Liebhard and BES have the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. In making decisions on behalf of the Class, we do not anticipate that any disagreements will arise and agree that we will work in good faith to resolve any disagreements. In the event we cannot agree on a decision, we agree to a simple majority vote, and in the event of a deadlock, to consult our attorneys at Bernstein Liebhard and BES.

12. We are each highly motivated to recover our substantial losses we suffered and are committed to the zealous prosecution of this Action. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation possible. We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that Co-Lead Counsel effectively litigates the Action. Each of us understands that if we are appointed as Lead Plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy.

13. We each understand the importance joint decision-making and maintaining

communications that will enable each of us to confer, with or without counsel. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. Further, we agree to communicate regularly to actively oversee the prosecution of the Action. It is our goal to resolve this Action in an expeditious manner that is fair to all members of the Class. In that regard, we will direct Bernstein Liebhard and BES to prosecute the Action in such a way to achieve a fair result for all members of the Class.

14. We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct Co-Lead Counsel and oversee the prosecution of this Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this Action.

15. We are familiar with the experience, resources, and successes of our proposed Co-Lead Counsel, Bernstein Liebhard and BES. We are well aware that Bernstein Liebhard and BES are accomplished law firms, each with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the law firms' prior experiences of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Bernstein Liebhard and BES will vigorously prosecute this Action in a cost-effective manner and in the best interests of all members of the putative Class.

16. We, Timothy R. Bodiford, Nancy H. Bodiford, Matthew Pence, and Chor Phen Ng, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class

5

if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in this Action.  Our main goal is obtaining the largest recovery possible for the Class.

I, Timothy R. Bodiford, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed: _10/18/2019_____.

DocuSigned by:

_Timothy R. Bodiford_____
A2ADD1AB8B56448...

Timothy R. Bodiford

I, Nancy H. Bodiford, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed : 10/18/2019 _____

_____

Nancy H. Bodiford

I, Matthew Pence, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this __16__ day of October, 2019.

*Matthew Pence*
Matthew Pence (Oct 16, 2019)

Matthew Pence

I, Chor Phen Ng declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 16 day of October, 2019.

*chorphenng*
chorphenng (Oct 16, 2019)
_____
 Chor Phen Ng