# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**NEKTAR THERAPEUTICS SECURITIES LITIGATION**

I, William Mok, on behalf of The Tech Trader Fund LP, (the, "Fund"), certify that:

1.  I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on behalf of the Fund.

2.  I am duly authorized to institute legal action on the Fund's behalf, including legal action against Nektar Therapeutics, and other defendants.

3.  The Fund did not purchase the Nektar Therapeutics securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.  The Fund is willing to serve as a representative party on behalf of a class and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. The Fund also understands that, if appointed lead plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgements.

5.  The Fund transactions in Nektar Therapeutics securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

6.  The Fund has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

    *Doherty v. Pivotal Software, Inc. et al*, 3:19-cv-03589-CRB (N.D. Cal.) (Lead plaintiff motion filed August 19, 2019).

7.  The Fund will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

8/23/2019
_____
Date

DocuSigned by:
*William Mok*
F51656ED26C4445...
_____
The Tech Trader Fund LP
By: William Mok

**The Tech Trader Fund LP's Transactions in Nektar Therapeutics (NKTR)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/26/2019 | Bought | 28,411 | $30.3043 |
| 8/1/2019 | Sold | -7,443 | $29.6302 |