# EXHIBIT C

## Loss Chart

**Company Name:**   Nektar Therapeutics
**Ticker:**   NKTR
**Class Period:**   February 15, 2019 to August 8, 2019
**Name:**   The Tech Trader Fund LP

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/26/2019 | 28,411 | $30.3043 | -$860,975.6577 | | $0.0000 | -$860,975.66 |
| 8/1/2019 | -7,443 | | $0.0000 | $29.6302 | $220,537.5153 | $220,537.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **20,968** | | | | **Subtotal:** | **-$640,438.14** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $381,660.39 |
| | | | $18.2020 | 20,968 | **Total:** | **-$258,777.75** |

*Using the average closing price between August 9, 2019 and October 17, 2019