**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax: (415) 400-3001
jjoost@ktmc.com

*Counsel for Kanti K. Patel, Individually
and as Trustee for the Kanti K Patel
Living Trust U/A 3/30/16, and Proposed
Lead Counsel for the Class*

[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PHILIPPE DAMIBA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, and GIL M. LABRUCHERIE,<br><br>Defendants. | Case No. 4:19-cv-05173-JSW<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE MOTION OF KANTI K. PATEL, INDIVIDUALLY AND AS TRUSTEE FOR THE KANTI K PATEL LIVING TRUST U/A 3/30/16, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Hearing Date: December 6, 2019<br>Time: 9:00 a.m.<br>Judge: The Honorable Jeffrey S. White<br>Courtroom: 5, 2nd Floor |

**STATEMENT OF ISSUES TO BE DECIDED**

1.      Whether Kanti K. Patel ("Patel"), individually and as trustee for the Kanti K Patel Living Trust U/A 3/30/16, should be appointed as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), when Patel's motion is unopposed.

2.      Whether Patel's selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel for the class should be approved pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), when Patel's motion is unopposed.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Patel, the presumptive most adequate plaintiff pursuant to the PSLRA, respectfully submits this reply memorandum of points and authorities in further support of his now-unopposed motion for appointment as Lead Plaintiff and approval of his selection of Kessler Topaz as Lead Counsel [ECF No. 24, the "Motion"].

On October 18, 2019, three additional movants filed motions seeking appointment as Lead Plaintiff: (1) Gurpreet Singh Narula ("Narula") [ECF No. 10]; (2) Timothy R. Bodiford, Nancy H. Bodiford, Matthew Pence, and Chor Phen Ng (the "Nektar Investor Group") [ECF No. 14]; and (3) The Tech Trader Fund LP ("Tech Trader") [ECF No. 22].  Each of these movants has either filed a notice of non-opposition to Patel's Motion or has otherwise abandoned its motion.[1]

Patel readily satisfies the requirements of the PSLRA as he possesses the largest financial interest and is typical and adequate to represent the class.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  As set forth in his Motion and opposition brief [ECF No. 32, the "Opposition Brief"], Patel incurred total losses of approximately $2,435,110 on a last-in, first-out ("LIFO") basis in connection with

---

[1]      On October 30, 2019, the Nektar Investor Group filed a Notice of Non-Opposition acknowledging that it does not have the largest financial interest as required by the PSLRA.  *See* ECF No. 29.  On November 1, 2019, Tech Trader filed a Notice of Non-Opposition acknowledging that "it appears that Mr. Patel has the 'largest financial interest in the relief sought by the class' as required by the PSLRA" and noting that Tech Trader "does not oppose the lead plaintiff motion of Mr. Patel." ECF No. 31 at 1.  Narula did not file any responsive briefing by the November 1, 2019 deadline.  *See* Civil L.R. 7-3(a) ("The opposition must be filed and served not more than 14 days after the motion was filed.").

his Class Period transactions in Nektar Therapeutics securities—losses which are nearly five times the size of the combined losses claimed by the three other movants. *See* Motion at 5; Opposition Brief at 4-5.

Patel also satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23 ("Rule 23"). Patel's claims are typical because, like all other class members, Patel: (1) purchased Nektar Therapeutics securities during the Class Period; (2) at prices allegedly artificially inflated by Defendants' materially false and misleading statements and/or omissions; and (3) was damaged thereby. *See* Motion at 6; Opposition Brief at 5-6; *Zhu v. UCBH Holdings, Inc.*, 682 F. Supp. 2d 1049, 1053 (N.D. Cal. 2010) (White, J.) ("Typicality is achieved where the named plaintiff's claims arise from the same event or course of conduct that gives rise to the claims of the other class members and the claims are based on the same legal theory.") (citation omitted). Moreover, Patel satisfies Rule 23's adequacy requirement because he has a sufficient interest in this case to ensure the vigorous prosecution of this litigation, there are no potential conflicts of interest, and he has demonstrated his commitment to prosecuting this action efficiently and in the best interests of the class through the selection of Kessler Topaz. *See* Motion at 6-7; Opposition Brief at 5-6; *Zhu*, 682 F. Supp. 2d at 1053 ("The adequacy requirement is met if there are no conflicts between the representative and class interests and the representative's attorneys are qualified, experienced, and generally able to conduct the litigation.") (citations omitted).

Patel also has selected qualified counsel to prosecute this litigation. Kessler Topaz—which maintains an office in the District—specializes in prosecuting complex class action litigation and is one of the leading law firms in its field. Accordingly, Patel's selection of Kessler Topaz should be approved. *See In re Cohen v. U.S. Dist. Ct. for the N. Dist. of Cal.*, 586 F.3d 703, 712 (9th Cir. 2009) ("[I]f the lead plaintiff has made a reasonable choice of counsel, the district court should generally defer to that choice.") (citations omitted).

For the reasons discussed above, Patel respectfully requests that the Court: (1) appoint Patel as Lead Plaintiff; (2) approve Patel's selection of Kessler Topaz as Lead Counsel for the class; and (3) deny the competing motions.

Dated:  November 8, 2019

Respectfully submitted,

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**

*/s/ Jennifer L. Joost*
JENNIFER L. JOOST (Bar No. 296164)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
jjoost@ktmc.com

-and-

NAUMON A. AMJED
RYAN T. DEGNAN
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com

*Counsel for Kanti K. Patel, Individually and as Trustee for the Kanti K Patel Living Trust U/A 3/30/16, and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
BRIAN SCHALL (Bar No. 290685)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Tel:  (310) 301-3335
Fax:  (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Kanti K. Patel, Individually and as Trustee for the Kanti K Patel Living Trust U/A 3/30/16*