Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PHILIPPE DAMIBA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

NEKTAR THERAPEUTICS, HOWARD W. ROBIN, and GIL M. LABRUCHERIE,

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 4:19-cv-05173-JSW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Geoffrey C. Jarvis, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lead Plaintiff Movant Kanti K. Patel, individually and as trustee for the Kanti K Patel Living Trust U/A 3/30/16 in the above-entitled action. My local co-counsel in this case is Jennifer L. Joost, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 296164

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kessler Topaz Meltzer & Check, LLP 280 King of Prussia Rd., Radnor, PA 19087 | Kessler Topaz Meltzer & Check, LLP 1 Sansome St., Ste. 1850, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: (610) 667-7706 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 400-3000 |
| MY EMAIL ADDRESS OF RECORD: gjarvis@ktmc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jjoost@ktmc.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 75473.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/15/2019

Geoffrey C. Jarvis
_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Geoffrey C. Jarvis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 15, 2019

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                              *October 2019*