Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

PHILIPPE DAMIBA,

     Plaintiff(s),

  v.

NEKTAR THERAPEUTICS, et al.,

     Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No: __4:19-cv-05173__ JSW

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Robin E. Wechkin_____, an active member in good standing of the bar of __Washington_____, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: __Nektar, H. Robin & G. Labrucherie__ in the above-entitled action. My local co-counsel in this case is __Sara B. Brody_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| SIDLEY AUSTIN LLP, 1420 Fifth Ave., Ste 1400, Seattle, WA 98101 | SIDLEY AUSTIN LLP, 555 California St., Ste 2000, San Francisco, CA 94104 |
| My telephone # of record: (415) 439-1799 | Local co-counsel's telephone # of record: (415) 772-1279 |
| My email address of record: rwechkin@sidley.com | Local co-counsel's email address of record: sbrody@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __24746__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 11/22/19

             Robin E. Wechkin
                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Robin E. Wechkin_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 25, 2019

                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER               *October 2012*