Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Mathew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 565-7000

Robin Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (415) 439-1799

*Attorneys for Defendants Nektar Therapeutics, Howard W. Robin, Gil M. Labrucherie, and Mary Tagliaferri*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PHILIPPE DAMIBA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, GIL M. LABRUCHERIE, and MARY TAGLIAFERRI,<br><br>Defendants. | Case No. 4:19-cv-05173-JSW<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Civil L.R. 7-12, Lead Plaintiff Kanti K. Patel and Defendants Nektar Therapeutics, Howard W. Robin, Gil M. Labrucherie, and Mary Tagliaferri submit the following Stipulation and Proposed Order:

WHEREAS:

1.      On January 24, 2020, Lead Plaintiff filed an Amended Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 62) against Defendants.

2.      The four Defendants' motion to dismiss is due on April 10, 2020.

3.      Although Civil Local Rules 7-2 and 7-3 allow for the filing of briefs up to 25 pages in length, this Court's Standing order limits briefs on motions to dismiss to 15 pages.

4.      The complaint contains 193 paragraphs over 50 pages.  The complaint is governed by the Private Securities Litigation Reform Act, which imposes distinct pleading standards.

5.      The parties have met and conferred, and believe that in light of the number and complexity of the issues in Defendants' anticipated motion to dismiss, and the fact that the four Defendants will file a single motion, it will be helpful for the parties and the Court to permit Defendants to file an opening brief of 25 pages and Lead Plaintiff to file an opposition brief of 25 pages (with these page limitations to be exclusive of title pages, tables and summaries of argument).

IT IS THEREFORE STIPULATED AND AGREED by the parties that, subject to the Court's approval, the page limits for the briefing on Defendants' motion to dismiss should be as follows:

(a)      Defendants may file a memorandum in support of their motion to dismiss of no more than 25 pages;

(b)      Lead Plaintiff may filed an opposition to Defendants' motion to dismiss of no more than 25 pages;

(c)      Defendants may file a reply brief that conforms with paragraph 7 of this Court's Civil Standing Order.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date:  April 1, 2020                              SIDLEY AUSTIN LLP

*/s/ Sara B. Brody*
SARA B. BRODY (Bar No. 130222)
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1279
Facsimile: (415) 772-7400
sbrody@sidley.com

*Counsel for Defendants Nektar Therapeutics,*
*Howard W. Robin, Gil M. Labrucherie, and*
*Mary Tagliaferri*

Date:  April 1, 2020                              KESSLER TOPAZ MELTZER
                                                 & CHECK, LLP

*/s/ Geoffrey C. Jarvis*
GEOFFREY C. JARVIS (*pro hac vice*)
MARK FRANEK (*pro hac vice*)
FARZANA ISLAM (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
gjarvis@ktmc.com
mfranek@ktmc.com
fislam@ktmc.com

*Counsel for Lead Plaintiff Kanti K. Patel,*
*Individually and as Trustee for the Kanti K*
*Patel Living Trust U/A 3/30/16, and Lead*
*Counsel for the Class*

2

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___April 1_____, 2020          _____

Honorable Jeffrey S. White
United States District Judge

4