Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone: (415) 772-1200

Mathew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 565-7000

Robin Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (415) 439-1799

*Attorneys for Defendants Nektar Therapeutics,*
*Howard Robin, Gil Labrucherie, and Mary*
*Tagliaferri*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PHILIPPE DAMIBA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, GIL M. LABRUCHERIE, and MARY TAGLIAFERRI,<br><br>Defendants. | Case No. 4:19-cv-05173-JSW<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED  COMPLAINT**<br><br>Honorable Jeffrey S. White<br>Date: August 7, 2020<br>Time: 9:00 am<br>Oakland Courthouse, Courtroom 5 – 2nd Floor |

Having read and considered Defendants' Notice of Motion and Motion to Dismiss Plaintiffs' Amended Complaint, Defendants' Request for Judicial Notice in support of their motion to dismiss, all other papers submitted in support of and in opposition to the Motion, as well as the pleadings on file and any oral argument provided, the Court rules as follows:

The Defendants' motion to dismiss is granted, and the Amended Complaint is dismissed for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), Federal Rule of Civil Procedure 9(b) and the Private Securities Litigation Reform Act.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Honorable Jeffrey S. White
United States District Judge

1