Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone: (415) 772-1200

Mathew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 565-7000

Robin Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (415) 439-1799

*Attorneys for Defendants Nektar Therapeutics,*
*Howard Robin, Gil Labrucherie, and Mary*
*Tagliaferri*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PHILIPPE DAMIBA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, GIL M. LABRUCHERIE, and MARY TAGLIAFERRI,<br><br>Defendants. | Case No. 4:19-cv-05173-JSW<br><br>CLASS ACTION<br><br>**DECLARATION OF ROBIN WECHKIN IN SUPPORT OF DEFENDANTS NEKTAR THERAPEUTICS, HOWARD ROBIN, GIL LABRUCHERIE AND MARY TAGLIAFERRI'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Honorable Jeffrey S. White<br>Date:  August 7, 2020<br>Time:  9:00 a.m.<br>Oakland Courthouse, Courtroom 5 – 2nd Floor |

**<u>DECLARATION OF ROBIN WECHKIN</u>**

I, Robin Wechkin, declare as follows:

I am an attorney at law licensed to practice in the State of Washington and counsel with the firm of Sidley Austin LLP, which represents defendants Nektar Therapeutics, Howard Robin, Gil Labrucherie and Mary Tagliaferri in this matter.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would competently testify thereto.  This declaration is submitted in support of the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

Attached as exhibits to this declaration are true and correct copies of the following documents:

1.    Exhibit 1: Transcript of Nektar's February 28, 2019 earnings call for Q4 2018

2.    Exhibit 2: Transcript of Nektar's May 8, 2019 earnings call for Q1 2019

3.    Exhibit 3: Transcript of Nektar's August 8, 2019 earnings call for Q2 2019

4.    Exhibit 4: Excerpts of Nektar's February 14, 2018 SEC Form 8-K and attached Exhibit 99.1, Nektar's press release

5.    Exhibit 5: Nektar's February 28, 2019 SEC Form 8-K and attached press release

6.    Exhibit 6: Nektar's May 8, 2019 SEC Form 8-K and attached press release

7.    Exhibit 7: Excerpts of Nektar's May 10, 2018 Form 10-Q for Q1 2018, including excerpts of attached Exhibit 10.1, Nektar's Strategic Collaboration Agreement with Bristol-Myers Squibb

8.    Exhibit 8: Excerpts of Nektar's FY 2018 SEC Form 10-K

9.    Exhibit 9: Excerpts of Nektar's FY 2017 SEC Form 10-K

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed this 10th day of April 2020, in Issaquah, Washington.

*/S/ Robin Wechkin*

Robin Wechkin

1

**LOCAL RULE 5-1 ATTESTATION**

I, Sara B. Brody, am the ECF User whose ID and password are being used to file this Declaration of Robin Wechkin In Support of Defendants' Motion to Dismiss.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robin Wechkin has concurred in this filing.

Date:  April 10, 2020                                    **SIDLEY AUSTIN LLP**


By: */S/ Sara B. Brody*
         SARA B. BRODY (SBN 130222)

*Attorneys for Defendants*

3