# EXHIBIT 3

# Nektar Therapeutics NasdaqGS:NKTR FQ2 2019 Earnings Call Transcripts

## Thursday, August 08, 2019 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2019- | | | -FQ3 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.80) | (0.63) | NM | (0.77) | (3.05) | (2.78) |
| **Revenue (mm)** | 26.65 | 23.32 | ▼(12.50 %) | 27.22 | 111.23 | 201.35 |

Currency: USD
Consensus as of Aug-01-2019 5:01 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2018** | (0.63) | (0.56) | NM |
| **FQ4 2018** | (0.63) | (0.57) | NM |
| **FQ1 2019** | (0.76) | (0.68) | NM |
| **FQ2 2019** | (0.80) | (0.63) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Contents**

# Table of Contents

Call Participants ...................................................................................... 3

Presentation ........................................................................................... 4

Question and Answer ............................................................................. 11

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Gilbert M. Labrucherie**
*Senior VP & CFO*

**Howard W. Robin**
*CEO, President & Director*

**Jennifer Ruddock**
*Senior Vice President of Strategy & Corporate Affairs*

**Jonathan Zalevsky**
*Chief Scientific Officer*

**Mary Tagliaferri**
*Chief Medical Officer*

**Stephen K. Doberstein**
*Chief Research & Development Officer*

**ANALYSTS**

**Chris Shibutani**
*Cowen and Company, LLC, Research Division*

**Daina Michelle Graybosch**
*SVB Leerink LLC, Research Division*

**David Michael Steinberg**
*Jefferies LLC, Research Division*

**George Farmer**
*BMO Capital Markets Equity Research*

**Jessica Macomber Fye**
*JP Morgan Chase & Co, Research Division*

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

**Robert Cummins Hazlett**
*BTIG, LLC, Research Division*

**Tsan-Yu Hsieh**
*William Blair & Company L.L.C., Research Division*

**Tyler Martin Van Buren**
*Piper Jaffray Companies, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Nektar Therapeutics Q2 2019 Financial Results Conference Call. [Operator Instructions] As a reminder, this conference call may be recorded.

I would now like to introduce your host for today's conference, Ms. Jennifer Ruddock, Head of Investor Relations. Ma'am, you may begin.

**Jennifer Ruddock**
*Senior Vice President of Strategy & Corporate Affairs*

Thank you, Crystal. Good afternoon, everyone, and thank you for joining us today. With us are Howard Robin, our President and CEO; Gil Labrucherie, our Chief Financial Officer; Dr. Stephen Doberstein, our Head of R&D; Dr. Jonathan Zalevsky, our Chief Scientific Officer; and Dr. Mary Tagliaferri, our Chief Medical Officer.

On today's call, we expect to make forward-looking statements regarding our business, including clinical trial results, timing and plans for future clinical trials; timing and plans for future clinical data presentations at medical meetings; the therapeutic potential of our drug candidates; the effects of manufacturing processes and controls; outcomes and plans for health authority regulatory actions and decisions; financial guidance; and certain other statements regarding the future of our business. Because these forward-looking statements relate to the future, they are subject to inherent uncertainties and risks that are difficult to predict and many of which are outside of our control. Important risks and uncertainties are set forth in the Form 8-K filed today and the Form 10-Q that we filed on May 9, 2019, which is available at www.sec.gov. We undertake no obligation to update any of these forward-looking statements whether as a result of new information, future developments or otherwise.

A webcast of this call will be available on the IR page of Nektar's website at nektar.com.

With that, I will turn the call over to Howard. Howard?

**Howard W. Robin**
*CEO, President & Director*

Good afternoon, everyone, and thank you for joining us on today's call. Today, we'll review the quarterly results, provide several updates on our programs in the clinical pipeline, including a specific discussion on the NKTR-214 or the bempeg program, and reiterate our financial guidance for 2019.

I'll start with several updates on our pipeline programs. First, NKTR-181. As we previously announced in late July, the FDA issued a General Advice Letter, which was sent to several sponsors, including us. The letter stated that the FDA would be postponing product-specific opioid analgesic advisory committee meetings while they consider certain scientific and policy issues for the opioid class of pain treatments. This includes the advisory committee meeting originally scheduled to review NKTR-181 on August 21.

We will work with the FDA as they continue the review of our NDA. We are hopeful based upon our interactions with the agency that the FDA will be able to reschedule the panel before the end of the year. They have told us that they would inform us as soon as they could on the time line for the new meeting. And of course, we're disappointed in the delay, but we understand the importance of the agency taking a comprehensive view as they address considerations for this class of drugs.

The FDA has been very cooperative in the development and review of NKTR-181, and we believe that NKTR-181 will be a step forward and an important building block to help address the opioid epidemic. Our NDA includes a 2,200-patient and healthy volunteer data package to support its profile. We invented this product with the specific objective of helping to address the opioid crisis that plagues our country. We look forward to a scientific discussion at the rescheduled advisory committee meeting and continued collaboration with the FDA team.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This past quarter, we created a wholly-owned subsidiary, Inheris, which is preparing to launch NKTR-181 upon its potential approval. As we head to a potential approval, our objective is to finalize the capital structure with one or more potential capital partners in order to support these activities. The goal is to introduce a different model in the pain space using a specialized medical liaison team and a small sales force. We're carefully gating our spending at each stage prior to potential FDA approval and commercial launch of NKTR-181. We continue to be very excited about the future for this novel potential medicine.

Next, I'd like to provide a brief update on NKTR-358, our T regulatory IL-2 pathway, which is advancing in the clinic for treatment of autoimmune conditions. We presented our first-in-human single-ascending dose study data at this past EULAR Congress, which demonstrated that NKTR-358 selectively stimulates T regulatory cells in a dose-dependent fashion. We plan to present additional data from this first trial at the American College of Rheumatology meeting later this year.

The multiple-ascending dose study in lupus patients is continuing, and based on its completion later this year, Lilly has plans to initiate a Phase IIb dose-ranging lupus study early next year. Lilly is also planning to start new Phase Ib studies later this year in 2 other autoimmune and inflammatory diseases. Lilly and Nektar are very excited about NKTR-358 and its potential to become the first resolution therapeutic for multiple autoimmune and inflammatory indications.

Moving on to NKTR-255, our IL-15 agonist program. We're pleased to report that the IND for NKTR-255 was successfully filed with the FDA, and we're initiating our first-in-human clinical trial this quarter in patients with either relapsed/refractory non-Hodgkin's lymphoma or multiple myeloma. The first studies are designed to evaluate the safety and dose schedule of NKTR-255 as a monotherapy, evaluate biomarkers and to expand into combination with an antibody that works through an ADCC mechanism.

As IL-15 strongly promotes the expansion, activation and survival of NK cells, we're excited about its potential to successfully combine with the ADCC mechanism. We recently entered into an agreement with Janssen in which they will study NKTR-255 in preclinical models combined with therapies in their oncology portfolio. And we will contribute NKTR-255, and Janssen will be responsible for the cost of the studies.

In addition, we're also planning to initiate a clinical trial for NKTR-255 in combination with CD19 CAR-T cells in patients with the diffuse large B-cell lymphoma. The study is based upon the compelling preclinical data that was generated by our collaborators at the Fred Hutchinson Cancer Center, which demonstrated that NKTR-255 can enhance the persistence of CAR-T cells, leading to more durable responses following CAR-T therapy in animal models. We're planning a number of presentations for NKTR-255 at the upcoming ASH conference later this year, including additional data with CAR-T therapy.

Finally, our research collaboration with Gilead for NKTR-255 is continuing nicely. They are evaluating NKTR-255 with various molecules in their portfolio in the area of virology, which is an entirely different application for this important mechanism. So we're very pleased with the advancement of our IL-15 program.

Now I would like to discuss the bempeg program. As you know, last quarter, we extended the start time for registrational trials under the BMS collaboration by 4 months in order for BMS to maintain exclusivity for the indications indicated included in those registrational trials. We currently have 4 registrational trials ongoing: one in first-line melanoma, one in first-line cis-ineligible urothelial cancer, one in first-line renal cell carcinoma and one in second-line relapsed non-small cell lung cancer.

Over the past several months, we and BMS have been working together on our development program of registrational trials of bempeg and nivo in various tumor types and indications in a highly complex and changing competitive landscape for the anti-PD-1 class. As both companies have stated, BMS and Nektar have been encouraged by data in a number of tumor types from PIVOT-02, our Phase I/II study of the doublet of bempeg and nivo.

At the recent ASCO 2019 Meeting, we reported an update from the first-line melanoma cohort in PIVOT-02 that showed an improvement in complete response rates and deepening of responses for patients who responded to the doublet therapy, a clear benefit for these patients. We recently announced that these compelling data led to a breakthrough designation from the FDA.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Notwithstanding this extremely positive development, we, like you, still have lingering questions about the softening in response rates that we observed in PIVOT. In particular, if you remember back when we presented data at ASCO in 2018, many of you asked us about the softening in response rates between the first and second Fleming cohorts in melanoma and what could be the underlying cause of this variance. As more patient data have matured and become available over the past 6 months, we've continued to analyze all of the PIVOT cohorts closely in an effort to understand whether there was a root cause to this observation or whether it was a result of normal variability.

Now let me tell you what we've learned. As we've been working to finalize the manufacturing process and increase production capacity in order to supply a large-scale clinical program and validate commercial-scale manufacturing, we established all of the compendial methods that are expected in accordance with normal GMP guidance. In addition, we created new product-specific assays to use for quality control in the scaled manufacturing process.

With these new assays, we conducted a thorough characterization of all of the 22 lots of bempeg produced to date, including all of those which currently supply and will supply our current and future registrational studies. The characterization work from this new assays revealed that 2 of the earliest production batches of bempeg were different than the other 20 batches produced. These 2 early manufacturing lots are known as lots 2 and 5. And at the time of their production beginning in 2016, it was early on in the manufacturing campaign, and these lots were within the manufacturing controls and release specifications. As such, we did not detect any meaningful variability upon their release.

Various early production batches of bempeg were sequentially distributed in PIVOT-02, lots 1, 2, 3 and 5. As more clinical data matured and became available in PIVOT-02 and once we had identified the outlier variances of lots 2 and 5, we then had the basis to start analyzing any potential differences between data from patients that started treatment with lots 1 and 3 as compared to lots 2 and 5. We found notable correlations in several cohorts with evidence of an improved clinical benefit in patients who started treatment with lots 1 and 3 as compared to patients who started treatment with lots 2 and 5.

We have identified the cause of the physical differences between these lots, which we now know stem from a single suboptimal batch of in-process intermediate that was used to produce only these 2 lots, lots 2 and 5, of the 22 lots we've made to date. The issue was restricted only to the single batch of intermediate used in lots 2 and 5. And importantly, our recently developed product assay show that, fortunately, the rest of the bempeg batches that have been produced have characterization profiles comparable to lots 1 and 3.

Lot 2 had already been full used in PIVOT, and lot 5 was almost fully utilized in PIVOT and PROPEL. No material from lot 2 or 5 is currently being used in any of the ongoing clinical trials, and this material has not been used at all in any of the ongoing registrational trials.

As a result of this discovery, we have developed a comprehensive control strategy to limit variances in raw materials, intermediates and the final product in our manufacturing. And this is being validated for commercial-scale manufacturing. This has been submitted to and accepted by FDA in collaboration with BMS. The new assays and control strategies also allow us to build new IP around the product.

In addition, as we were scaling up manufacturing, we also changed the structure of our CMC organization in terms of leadership and alignment of skills and activities. Supply chain and manufacturing are now being run with new leadership under Kevin Brodbeck, who has successfully led our manufacturing activities for other programs with partners from development through commercialization. And biologics process sciences is now reporting to our Chief Scientific Officer, Dr. Jonathan Zalevsky, as his team has deep subject matter in this area.

I'll now turn the call to Steve Doberstein to comment on some additional detail with respect to the clinical differences based on the drug lots we observed in PIVOT. As notable as these correlations are to us and BMS, they, of course, cannot be used to determine causality. These clinical differences between lots were also shared with the FDA as part of their review of our control strategy. Steve?

**Stephen K. Doberstein**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chief Research & Development Officer*

Thank you, Howard. First, I'd like to outline how we analyzed differences in the clinical performance between the lots. The majority of patients in PIVOT-02 rotated through different lots beyond cycle 3 of their treatment. So we focused our analysis on clinical differences based on the starting lots that a patient received. As of mid-May, approximately half of the patients in PIVOT began treatment with lots 1 and 3, and half began treatment with lots 2 and 5. We looked at differences in safety, first scan response and best objective response rate, including complete response rate.

In the particular cohorts of first-line melanoma, first-line renal cell carcinoma and first-line urothelial carcinoma, we saw a correlation between improved clinical benefit and those patients who received lots 1 or 3 for their first dose as compared to those who received lots 2 or 5 for their first dose. This trend of improved clinical benefit was maintained even when analyzing these metrics by patient demographics, baseline disease criteria or investigator sites. Given that the usage of the suboptimal in-process intermediate was limited to only lots 2 and 5, we combined the data for patients initially dosed with either lots 2 or 5 together, and we combined the data for patients who started with in-trend lots 1 or 3 together.

First, let's start with safety. We observed no meaningful differences in safety between lots 1 and 3 and lots 2 and 5, although some minor differences were observed. And a directional trend towards more reported AEs did occur with lots of 1 and 3. Overall, the safety profile of the doublet continues to be well tolerated and is consistent with our prior data presentations.

Starting now with the first-line melanoma cohort. As you'll recall, the best objective response rate as reported at ASCO 2019 for efficacy-evaluable patients was 53% with a complete response rate of 34%. In addition, 42% of patients achieved 100% reduction in their target lesions. All 10 patients who were on treatment at the time of ASCO 2019 remain on treatment today or have achieved maximal clinical benefit in the study.

As Howard stated, these data recently led to a breakthrough designation in first-line melanoma. Notably, when you analyze those cohorts by combined lots for the 16 patients who started on lots 1 and 3, the response rate at first scan was 56%. The response rate at first scan for the 22 patients who started on lots 2 and 5 was only 18%. The best objective response rate for lots 1 and 3 was 75% with a complete response rate of 44%. For lots 2 and 5, the best objective response rate was 36% with a complete response rate of only 27%.

As you'd imagine, these response differences also lead to an improvement in PFS seen between the lots. You'll recall that the overall patient population was at a median 12.7-month follow-up at ASCO 2019, and the median PFS was at a minimum of 12.7 months. When you break out those patients who started on lot 1 and 3, median PFS can't yet be estimated because there are too few events of progressive disease. However, for patients who started on lots 2 and 5, median PFS is estimated at 5.2 months and is reflected in the minimum median PFS of 12.7 months for the overall cohort. Notably, 41% of the 22 patients who started on lots 2 and 5 experienced progressive disease at first scan.

In the first-line urothelial cancer cohort, we now have 37 patients who evaluable for efficacy by investigator. And we plan to present these data for this cohort at a future medical meeting. Since we first presented our urothelial cancer data at ASCO GU, unfortunately, 80% of new patient enrollment started treatments on lots 2 and 5. Currently, the best ORR for the entire cohort is 38% with a complete response rate of 14%. There are still 13 patients with treatment ongoing in this cohort. Of these, 5 have experienced complete responses, and an additional 5 more patients could see further deepening of response. There are also 4 patients who are being treated beyond progression.

When you analyze these data by lots, for the 12 patients who started on lots 1 and 3, response at first scan was 42%. The response at first scan of the 25 patients who started on lot 2 and 5 was 32%. For patients who started on lots 1 and 3, the best objective response rate was 50% with a complete response rate of 42%. For patients who started on lot 2 and 5, the best objective response rate was only 32%. And none of these patients had a complete response.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

These response differences also led to an improvement in PFS for patients who started on lots 1 and 3. PFS for the urothelial cohort is quite immature but can be estimated at 4.1 months for the entire cohort. But you examine by starting lot, for patients who started on lots 1 and 3, median PFS can be estimated at 5.5 months. And for patients who started on lots 2 and 5, median PFS is estimated at only 3.5 months.

In the first-line renal cell carcinoma cohort, we currently have 49 patients evaluable for efficacy by investigator. Currently, the best ORR for the whole cohort is 35% with a complete response rate of 4%. 11 patients remain on treatment in the RCC cohort.

When you examine clinical performance by lot, for the 25 patients who started on lots 1 and 3, the response at first scan was 20%. For the 24 patients who started on lots 2 and 5, the response at first scan was only 4%. The best objective response rate was 40% for patients starting on lots 1 and 3 as compared to a best objective response rate of 29% for lots 2 and 5.

Median PFS is quite immature for the whole cohort but is estimated at 7.6 months. When you analyze by lots for this cohort, median PFS for patients who started on lot 1 and 3 was only -- was 11.2 months. And median PFS for patients who started on lot 2 and 5 was only 5.5 months.

In first-line non-small cell lung cancer, when we examine the first scan depth of tumor reduction, split by lots, there is some early evidence that the 16 patients who started on lots 1 and 3 are experiencing a greater reduction in their target lesions than the 13 patients who started on lots 2 and 5. However, the data are very immature in this cohort, and we'll continue to monitor whether this trend continues as data mature and as more patients are enrolled.

In other cohorts in PIVOT beyond the ones I've just described, we did observe some clinical differences between patients who started on different lots. However, the differences were not as notable as they were in the other first-line settings. As of the May 17 data cut, we did not meet the Fleming thresholds for the response rates for relapsed or refractory settings in PIVOT-02. And this has made it more difficult to discern any differences in these cohorts.

However, there are similarities. For example, in the cohorts of second- and third-line non-small cell lung cancer, the few responses we observed were in patients who started on lots 1 and 3. In the second-line I-O naïve RCC cohort, over half the patients who started on lots 2 and 5 had progressive disease at first scan as compared to only 16% who started on lots 1 and 3.

Before I hand the call back to Howard, I'd like to briefly comment on planned data presentations for the rest of the year. First, in melanoma. Despite the differences between patients who started treatment with lot 2 and 5 in PIVOT-02, we're pleased with the ongoing deepening of responses we've reported in the first-line melanoma cohort. We and BMS have submitted an abstract to present updated 18-month follow-up data at the 2019 SITC meeting.

Second, in triple-negative breast cancer, we have submitted an abstract to the upcoming CRI quadruplet meeting for this cohort. We intend to hold a webcast with a leading breast cancer expert to review these data during that meeting.

Third, RCC. We are planning to submit these data from this cohort for possible presentations at ESMO I-O in December.

Fourth, non-small cell lung cancer. In January of this year, at the time of the JPMorgan Conference, we had 10 patients evaluable for efficacy with varying PD-L1 status across all 3 of our first-line non-small cell lung cancer PD-L1 expression subcohorts. Enrollment has been slower than we anticipated in these cohorts, and there are a number of patients who were enrolled more recently in the second and third quarters.

Overall, the early data we're observing in these few patients in the first-line non-small cell lung cancer subcohorts support the bempeg mechanism of action and its potential benefit in the below 50% PD-L1 expressers and in the PD-L1 negative baseline patients. As you know, we've reported that effect in other tumor types as well. In the greater than 50% PD-L1 expression subcohort, we haven't seen this same benefit. And we're trying to understand this observation in light of the manufacturing issue.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As I just stated, when we examine the depth of tumor reduction by lots, there is some early evidence that patients may be benefiting more when started on lots 1 and 3. We're enrolling additional patients in the first-line non-small cell lung cancer cohorts, and those patients are starting treatment with bempeg lots that are not lots 2 and 5.

As a result of the current immaturity of the data and the desire to continue to enroll more first-line non-small cell lung cancer patients, we withdrew our accepted abstract for the upcoming ESMO meeting. We plan to present these first-line non-small cell lung cancer cohorts once the data are more mature.

As you'll recall, our PROPEL study was designed to be a dose-finding Phase I trial to evaluate pembrolizumab in combination with bempeg in non-small cell lung cancer and other tumor types. As Howard stated earlier, lot 5 was almost fully utilized in PROPEL. Now that patients are starting on different bempeg lots in PROPEL, we plan to focus on enrolling first-line non-small cell lung patients into PROPEL. And we're also evaluating different dose levels of bempeg in non-small cell lung cancer to ensure dose optimization. This will allow us to generate important data in first-line non-small cell lung cancer with the pembro and bempeg doublet.

With respect to additional trials starting with other collaborators in bempeg, Pfizer and Nektar have finalized the Phase Ib/II study in head and neck cancer and castration-resistant prostate cancer. This study will be initiating imminently and will evaluate various doublet and triplet combination with bempeg and Pfizer and Merck Serono's anti-PD-L1 patient avelumab, Pfizer's PARP inhibitor talazoparib and Pfizer and Astellas' enzalutamide. We're very excited to work with Pfizer on this because of the opportunity in these 2 solid tumor settings for bempeg, particularly in patients with PD-L1 negative tumors.

With that, I'll turn the call back over to Howard.

**Howard W. Robin**
*CEO, President & Director*

Thank you, Steve. Of course, we're very disappointed to have discovered this historical problem

[Technical Difficulty]

**Operator**

Ladies and gentlemen, please stand by. Pardon me, you may proceed.

**Howard W. Robin**
*CEO, President & Director*

Sorry, we got cut off for a moment. Thanks, Steve. Of course, look, we're disappointed to have discovered this historical problem with these early manufacturing lots. But we believe we've identified and developed solutions to these issues, and we now believe we have the right drug product to support the registrational trials.

We and BMS are working together to ensure consistent and comprehensive quality control is implemented for commercial-scale manufacturing for bempeg. Nektar and BMS have also been in regular dialogue over the past few weeks regarding the development program. BMS has communicated to us that they remain very committed to the bempeg development program, particularly in light of the recent breakthrough designation in melanoma and the tremendous opportunity for both companies.

They are highly committed to the ongoing registrational trials in first-line melanoma, first-line urothelial cancer and first-line renal cell carcinoma as well as our new expansion cohort of second-line non-small cell lung cancer patients in PIVOT. Additional trials with BMS are under discussion and being planned. Where it make sense, based upon supportive PIVOT data or existing standard of care in the tumor setting, we and BMS plan to focus on 5 or 6 key registrational trials that will clearly demonstrate the clinical benefit of bempeg and nivo.

Certain other trials in indications we may do in partnership with other collaborators. As part of this, we will be carefully evaluating the timing and allocation of our resources as we finalize details of the overall

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

bempeg program. We are in a very fortunate position with a very strong balance sheet. However, we're going to be prudent in our capital allocation plans and the objective of getting bempeg approved as quickly as possible and advancing our pipeline with the resources on hand.

And with that, I'll hand the call over to Gil to review our financial guidance for 2019.

**Gilbert M. Labrucherie**
*Senior VP & CFO*

Thank you, Howard, and good afternoon everyone. Today, we issued our financial results press release for the quarter ended June 30, 2019.

I will briefly review our updated 2019 financial guidance. Starting with our cash position, we anticipate ending 2019 with at least $1.5 billion of cash and investments. Our full year GAAP revenue guidance remains at between $110 -- between $100 million to $110 million.

For GAAP expense guidance, we now anticipate 2019 GAAP R&D expense will range between $475 million and $500 million, which includes approximately $80 million of noncash depreciation and stock compensation expense.

G&A expense for 2019 is still projected to be between $110 million and $120 million, which includes approximately $35 million of noncash depreciation and stock compensation expense.

We continue to invest in activities necessary to support regulatory approval of NKTR-181. And as Howard discussed earlier, we are carefully staging our investment and commercial readiness for NKTR-181 as we approach a potential approval later this year.
And with that, I will open the call for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from Chris Shibutani from Cowen.

**Chris Shibutani**
*Cowen and Company, LLC, Research Division*

A lot of information packed in there, a fair amount to digest. Just trying to figure out what the right sequence of questions, and I'm sure many of my colleagues will follow as well. But to make clear, you said that your analysis was that it was the initial dose from the lots that were problematic that were associated with the differences in response rates and clinical response that you were measuring. Mechanistically, can you explain why that would be the case? My second question relates to the Bristol collaboration. You have previously disclosed that the time line had been extended till the end of September to make commitments. Is that still the case? And are you firm that whatever programs get extended or commenced by the end of September that will be the time point at which you would then proceed to making decisions potentially with other collaborators?

**Stephen K. Doberstein**
*Chief Research & Development Officer*

Yes. Thanks, Chris. This is Steve. With respect to the analysis that we did, one of the things that confounds the analysis and makes it very difficult is that, as we indicated, patients go -- after the first couple of doses, patients tend to rotate on and off different batches. We don't -- it's not like one patient gets the same batch all the way through their treatment. And so what that means is that it's actually quite a bit more difficult to see the kinds of correlations that we've seen here.

So I think rather than being a mechanistic explanation, although there may be an underlying biological mechanism for it, I think it's more likely that we see the correlations simply because the numbers of patients that are fewer patients that have only seen one particular batch throughout their treatment course diminishes over time quite rapidly. And by the time you get to about the third dose, almost everybody has gotten multiple batches at that period -- at that point in time.

**Howard W. Robin**
*CEO, President & Director*

It's Howard. Let me answer your question about -- on BMS. Look, clearly, as you develop a program that has this type of magnitude, you have to look very carefully at the landscape. And the landscape for PD-1 agents has clearly evolved and changed. And we're looking at that carefully with BMS, seeing where it makes more sense to develop nivo and bempeg.

And in addition, clearly, we had to delay here because of these manufacturing lots that we recently correlated with clinical data. And to that end, I'm not going to be very specific on whether it's a September date or an October date or this month date. I think that probably isn't terribly relevant right now. What I said was that together we have 3 trials -- 3 registrational trials, very large trials, already running. I -- we are planning on doing a number of additional trials.

And to the extent that we evaluate the landscape and determine that it isn't worth pursuing a specific indication, then Nektar will be free to pursue that with other agents. And whether that's a definitive cutoff by the end of September, that's probably not terribly relevant. I can tell you that those types of decisions will be made in the very, very near future, and we'll be announcing our plan to move forward.

**Chris Shibutani**
*Cowen and Company, LLC, Research Division*

And then, sorry, can I just ask, is there a way the difference in the batches 2 and 5 to translate that over to some of the characteristic of the final drug product? Would you say that the shortcomings in batches 2

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

and 5 were related to decreased potency? Is there some change in the dePEGylation rate that would have made some question of bioavailability of IL-2? Can you link the 2 together at all?

**Jonathan Zalevsky**
*Chief Scientific Officer*

Chris, can you hear me? This is Jonathan Zalevsky.

**Chris Shibutani**
*Cowen and Company, LLC, Research Division*

Yes.

**Jonathan Zalevsky**
*Chief Scientific Officer*

Yes. So yes, what we have done is we have looked at the kind of physical differences between the different batches. And as you remember, we published a model that described how receptor bias and receptor occupancy arises from bempeg, the drug. This was in our PLOS publication a few years ago. So we were able to use that model, and we did identify that the characteristics of these batches 2 and 5 would make them less effective at occupying the receptor in the same way as we reported in that paper. And so they would arise on less bias. That's one of the things that we've learned.

**Operator**

Our next question comes from Jessica Fye from JPMorgan.

**Jessica Macomber Fye**
*JP Morgan Chase & Co, Research Division*

From a development planning standpoint, you mentioned that you and Bristol plan to focus on 5 or 6 key registrational trials. And you outlined 4 at the beginning of the call between first-line melanoma, first-line cis-ineligible UC, second-line non-small cell and first-line renal. Can you help us think about what other settings those 1 to 2 other registrational trials might be in?

**Howard W. Robin**
*CEO, President & Director*

Sure, Jessica. I think, look, obviously we're evaluating how we want to proceed forward in first-line non-small cell lung cancer. And like I said, we're already running those trials in the PROPEL study with pembro. But we're certainly evaluating whether BMS and Nektar want to move forward in that area. And I know they have a high level of interest in that. And there might be 1 or 2 other trials we look at in bladder cancer, in melanoma. I think there's a number of possibilities.

Let's just say this, if we get -- if we -- and I believe we will, have 6 major registrational trials running in 6 different indications with BMS, I do believe that's a good way to develop and focus development of bempeg. And I would expect that that's where we wind up. Clearly, at this point, running 20 trials is probably not the right thing to do in terms of how we use our resources. But I think if we identify, and I know we will, 5 or 6 very relevant, very significant registrational trials, I would expect that we can bring bempeg and nivo to a very, very good result. And on that's our plan to go forward.

**Jessica Macomber Fye**
*JP Morgan Chase & Co, Research Division*

Okay. Got it. And Howard, just kind of following up on that. In your quote in the press release, I think you mentioned the potential for the doublet of bempeg and nivo. I just wanted to confirm, is that to say that there's maybe less interest now in exploring that I-O doublet in combination with chemo, TKIs, et cetera?

**Howard W. Robin**
*CEO, President & Director*

I'm going to let Mary cover where we're going with that. Hold on. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mary Tagliaferri**
*Chief Medical Officer*

Yes. Jess, it's Mary. We are continuing to evaluate our options with the doublet and other agents, both chemotherapy and TKI. And so we'll keep you posted on the additional development and results in those studies.

**Jessica Macomber Fye**
*JP Morgan Chase & Co, Research Division*

Okay. Great. And maybe just the last one. I just want to make sure I understand what the potentially registrational non-small cell expansion cohort in those patients who progressed on PD-1 plus chemo. Do you anticipate updating that data or presenting that data along the way? Or should we only expect to hear the results from that study once it's mature? I think it's been estimated as being kind of like a second half 2020 event.

**Mary Tagliaferri**
*Chief Medical Officer*

Yes. Thanks for the question, Jess. We are anticipating in the second half of 2020. We also believe we should have data from the first-line cis-ineligible bladder cancer study in the second half of 2020 as well as some early data from the Phase III in melanoma at that same time frame.

**Howard W. Robin**
*CEO, President & Director*

And Jessica, I think as we move forward in the PROPEL study studying non-small cell lung cancer in combination with pembro, we'll be reporting on that as well.

**Operator**

Our next question comes from Tyler Van Buren from Piper Jaffray.

**Tyler Martin Van Buren**
*Piper Jaffray Companies, Research Division*

The first one is a point of clarification for the breakthrough therapy status in melanoma. Can you confirm if that was based on the 53 ORR, 34 CRO that was presented at ASCO or if they were aware of what's going on here with the manufacturing and if it was based on the 75 -- the higher 75 response rate?

**Stephen K. Doberstein**
*Chief Research & Development Officer*

Yes, Tyler, this is Steve. The breakthrough status is based on the entire data set that was presented as it was presented at ASCO 2019. So while the agency is aware of the difference in the response rate between the batches that we talked about, the breakthrough status is based on the entire data set altogether.

**Howard W. Robin**
*CEO, President & Director*

Yes. And just to add to that, that was -- that breakthrough designation came after the entire control strategy. And data was presented to the FDA regarding these cohort differences.

**Tyler Martin Van Buren**
*Piper Jaffray Companies, Research Division*

Okay. That's helpful. And when you were talking about first-line lung and the breakdown of PD-L1 greater than 50, below 50 and negative and the differences there, you said, I think, at less than 50 PD-L1 expression has a negative, that the data supports the mechanism of action of bempeg plus nivo. So can you just expand upon what you observed there in those cohorts that supports the MOA?

**Stephen K. Doberstein**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chief Research & Development Officer*

Yes. What I mean by that, Tyler, is that when we look at -- the data are immature, as we indicated during the talk. But when we look at first scan reductions in tumor size in those patients in those cohorts, we see I think what I would characterize as promising results that do support that there is added efficacy between bempeg plus nivo over what we would expect from checkpoint alone.

**Tyler Martin Van Buren**
*Piper Jaffray Companies, Research Division*

Got it. Got it. Okay. And then just a follow-up on the pivotal trials, the 4 that are ongoing. Can you confirm the order in the second half of next year based upon current enrollment of bladder, melanoma and lung? If I recall, that might have been the order last time we spoke. And then also in melanoma, I think you guys said it was an early data look. Is that still not going to be the median progression-free survival end point for potential approval? And as a follow-up, do you still have that interim overall response rate look at 6 months prior to that as well?

**Stephen K. Doberstein**
*Chief Research & Development Officer*

Yes. So, look, it's a little bit too early I think to handicap the specific order or finish of those trials. They're all still enrolling obviously. The big one is melanoma. And that I think is the one that is being operationalized by BMS. I'll let Mary speak to the specifics of how that data are going to roll out with respect to ORR analysis and things like that.

**Mary Tagliaferri**
*Chief Medical Officer*

Yes. Tyler, this is Mary. Yes, we expect the first data to read out for the Phase III melanoma trial in the second half of 2020.

**Operator**

Our next question comes from Paul Choi from Goldman Sachs.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

If we could maybe focus on your comments with regards to the lung study. And you highlighted that you are seeing differences in the -- or some benefit in the PD-L1 negatives and the PD-L1-low patients versus the PD-L1-high expressers. Is there any plan maybe to accelerate the enrollment in those patient subgroups? And could that represent potentially your fastest avenue of development in lung here or in terms of advancing data set out to the public domain? And when can that possibly happen if the enrollment there is happening a little faster?

**Stephen K. Doberstein**
*Chief Research & Development Officer*

Look, the biggest need in that indication, of course, is in those patients who are PD-L1 negative at baseline and in those patients that are PD-L1 [ 1 to ] 49%. So that's exactly the area in which we think we get most benefit. And as we are doing throughout the rest of the program, that's where we're focusing our most accelerated efforts. I think we'll continue to divide those in those subgroups as we study lung both with nivo and with pembro in the context of the PROPEL study.

**Kyuwon Choi**
*Goldman Sachs Group Inc., Research Division*

Okay. And then just on the PROPEL study, can you maybe just confirm for us, I think you said lot 5 was not used. But in terms of the go forward here, have any other patients been exposed to some of the questionable lots? And I guess can you just confirm for us I guess with the planned patient enrollments if there are any currently enrolled patients who were exposed to some of the earlier lots?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Stephen K. Doberstein**
*Chief Research & Development Officer*

So let me take the first part of that question first. What we meant to communicate is that in PROPEL all of the initial patients has received only lot 5. So that confounds the early set of patients that were in that trial quite a bit. Now there are still patients on all of our studies who've received some level of lot 2 and 5.

**Operator**

Our next question comes from Difei Yang from Mizuho.

**Unknown Analyst**

This is [ Alex ] on for Difei. Just a clarification question for me. In your 4 ongoing registrational trials, can you just confirm that you mentioned earlier no patients were treated with defective batches? Is that correct?

**Howard W. Robin**
*CEO, President & Director*

Yes. That is correct. We -- as Steve said earlier, lot 2 was fully utilized and lot 5 was partially utilized. And so none of the patients in any of the additional trials have ever received lot 2 or 5. And in terms of the PROPEL study, just to further clarify on what Steve was mentioning before, as the PROPEL study moves forward, it will obviously not have lot 2 or 5 involved with it.

**Operator**

Our next question comes from Bert Hazlett from BTIG.

**Robert Cummins Hazlett**
*BTIG, LLC, Research Division*

I'd like to kind of take a step back and ask maybe more generally about the relationship with BMS. And maybe I'm hearing this incorrectly, but I'd love for you to verify it. Is the agreement under consideration for renegotiation? Or are there clawbacks? Or are there potential material reconsiderations? Clearly, the prioritization appears to be different but -- somewhat, but I'd love for you to characterize the specifics with BMS at this point if you can.

**Howard W. Robin**
*CEO, President & Director*

Sure. Well, first of all, there are no clawbacks. There is no renegotiation. The fact is that at this point, we will be moving forward with 5 or 6 major registrational trials, albeit we're not moving forward with 18. I think everybody understands that by now. But there are no clawbacks. There's no effect there on terms or conditions. And to the extent that BMS chooses not to move forward in a particular indication, then we're free to work with other companies in that indication. And that will be -- we will be work -- we will be dealing with that and ascertaining that very, very shortly.

And as I said earlier, whether -- I can't promise that that's going to be September or it's going to be October. But in the very, very near future, we will have an absolute plan that we bring forward with BMS so that everybody understands exactly what we're working on. We've already defined 4 of those programs. There most likely will be 2 more. And we will communicate that with everybody. But there are no clawbacks. There's no provision for changing anything. The contract is working as it should. And to the extent that BMS does not want to move forward in any specific areas, then those are ours to do what we want with.

**Robert Cummins Hazlett**
*BTIG, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And then with regards to PROPEL, again just maybe a little bit more clarity. Is there kind of a restart being contemplated in a certain way? How do you -- again, how are you thinking about that data with lot 5 in PROPEL? And what can you do with that data? And really how are you moving forward with that study?

**Howard W. Robin**
*CEO, President & Director*

Yes. I wouldn't call it a restart at PROPEL. I think we -- unfortunately, lot 5 was used in all the PROPEL patients. And we are now using other lots which are comparable to lots 1 and 3. And we will be moving forward in PROPEL, particularly in first-line non-small cell lung cancer in combination with pembro. And as data emerges from that study, we will share with everybody. So we're refocusing it, but I wouldn't say we're restarting it.

**Robert Cummins Hazlett**
*BTIG, LLC, Research Division*

Okay. And I -- just an ancillary question. I know molecules are related, but 214 and 358, is there any reason to think that potential similar circumstances have gone on with the manufacture of 358? Or if you looked into that at all?

**Jonathan Zalevsky**
*Chief Scientific Officer*

Bert, this is JZ. No, this manufacturing issue was solely and exclusively related to bempeg. It does not impact any of the other molecules that we manufacture, either other ourselves or any of our partner collaborations.

**Operator**

Our next question comes from Andy Hsieh from William Blair.

**Tsan-Yu Hsieh**
*William Blair & Company L.L.C., Research Division*

I'm trying to piece together the exact mechanism. It seems like patients who received treatment from lots 2 and 5, the response rate and durability, at least they look like they just received OPDIVO alone. So in terms of -- JZ, I think you mentioned about the differences in receptor occupancy. Is it a problem with the primary sequence? Is it a primary -- is a problem with the PEGylation? And in terms of that, did you guys get a chance to look at biomarker data to kind of correlate the lots 2 and 5 issues and really see a difference not only in the occupancy but also biomarkers, typically priming of the T cells and everything you guys have been looking at?

**Jonathan Zalevsky**
*Chief Scientific Officer*

Andy, this is JZ. So yes, we did look at a number of these, and let me kind of summarize some of those. So let's start off with the pharmacodynamics. So we did look at the pharmacodynamics between the different lots and between the different patients, of course, in PIVOT. And I will say that we did not observe specific pharmacodynamic differences between the lots. But we do have to remember there are some limitations and the main one being that we only collect an on-treatment biopsy at week 3, so basically at the end of that first cycle. So we don't know if other time points would have shown us other kinds of differences.

And while we didn't see some of those pharmacodynamic differences, as I mentioned, our mathematical modeling did indicate that based on some of these physical differences we'd expect a really different profile of receptor occupancy, particularly the bias around the dimeric, the beta gamma receptors. And I can't really get into some of the structural things that we've found as they're proprietary. And as I mentioned, they've even lead to some new intellectual property.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

But what we do know is that the relationship with the clinical data that Steve presented is something that's very notable. And we have very, very high confidence that what happened in GMP 2 and 5, those 2 lots, really is not happening anymore. We've moved well beyond that with our control strategy that we're implementing into the commercial manufacturing.

**Tsan-Yu Hsieh**
*William Blair & Company L.L.C., Research Division*

Great. Okay. And is it consistent? I didn't have time to kind of look over all the different histologies. But is it consistent? And is it true that it seems like bempeg in those cohorts did not actually contribute to any meaningful efficacy? Is that kind of a true statement based on your observations?

**Stephen K. Doberstein**
*Chief Research & Development Officer*

Yes. So based on our analysis of the data, yes, patients that started on lots 2 and 5, they look more like nivo monotherapy would look. That's exactly right. That's what the data is indicating.

**Tsan-Yu Hsieh**
*William Blair & Company L.L.C., Research Division*

Okay. And so do you mind reminding me, you kind of mentioned about a Fleming analysis in the non-small cell lung cancer. I didn't really quite get that. Do you mind kind of reminding me what's going on there?

**Mary Tagliaferri**
*Chief Medical Officer*

Yes. So obviously, to look at the Fleming, we have to have fully enrolled cohorts. And we haven't yet fully enrolled to the maximum number of patients to analyze the Fleming. So once we do that, we will find a conference to present those data. And that was specifically the reason why when we spoke to the investigator who submitted the abstract to ESMO, she did not want to present the data as we don't have a complete data set and the data are too immature at this time to analyze the Fleming.

**Operator**

Our next question comes from David Steinberg from Jefferies.

**David Michael Steinberg**
*Jefferies LLC, Research Division*

I know the clear focus of the call today is on bempeg and oncology, but given the unusual General Advice Letter you got from the FDA a couple of weeks ago, the delay for the adcom and your comments at the top of the call, I just have 2 questions on 181. The first regards your NDA filing. So I know that the letter you got from the FDA was only 4 weeks away from the PDUFA date. So could you comment -- by that time, usually there's labeling discussions going on. Could you comment as to whether you actually engaged in some level of label discussions? And secondly, were all the manufacturing sites cleared? And then the second question relates to the JV. I think you said you're seeking equity partners. Do we assume that the equity partners will sign up assuming FDA approval? Or if you get FDA approval and you don't get all the equity partners you want, will the company underwrite at least part of the JV on its own?

**Howard W. Robin**
*CEO, President & Director*

Okay. Well, look, your first question was very insightful. And the answer is yes. We are having labeling discussions with the agency regarding NKTR-181. And they continue to review the NDA. And we're still hopeful that we have an adcom and -- resolved by the end of the year. There are no manufacturing issues, no CMC issues. We've been fully reviewed. There's been nothing that's come up there. So I don't see that as an issue.

In terms of financing, look, I think you can imagine that you're not going to have capital partners putting significant capital prior to at a minimum an adcom or approval, but I think everybody recognizes how

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

important this drug is in going towards solving the opioid crisis. It is a major component of solving the opioid crisis for our country. And I think everybody recognizes it. I think the FDA hopefully recognizes it. And I think at some point, capital will be accessible. But I clearly think that we're going to have at least to have an adcom first before anybody commits.

I'm not terribly concerned about that. I think we'll make it happen. We've set up an important subsidiary, Inheris, with a great management team who is absolutely focused on making this -- bringing this drug to market in a very, very important way. And like I said, it's very encouraging that we are continuing labeling discussions with the agency.

**Operator**

Our next question comes from George Farmer from BMO Capital Markets.

**George Farmer**
*BMO Capital Markets Equity Research*

So given that the enrollment in non-small cell lung cancer is going slowly and it seems like a lot of the patients in your trial as well as in the urothelial cancer trial got these batches 2 and 5, what gives you confidence that your registrational trials will be positive in those 2 indications?

**Stephen K. Doberstein**
*Chief Research & Development Officer*

Well, look, in non-small cell lung cancer, we haven't yet talk about our registrational trial pathway there. So stay tuned. I think as that data emerges and as it continues to evolve, we'll be able to say more about that. I think when we look across the totality of the bladder cancer data set and in particular the number of deep responses that we see and the duration of those responses, I think we feel pretty good about our bladder cancer performance against the standard of care in the landscape right now.

**George Farmer**
*BMO Capital Markets Equity Research*

Sorry, isn't the second-line trial in lung cancer 1 of the 4 trials? Isn't that going to be used for registration?

**Mary Tagliaferri**
*Chief Medical Officer*

Yes. This is Mary. Just 2 things. One, when we look at bladder cancer, even when you look at the pooled data, we still have a complete response rate that is twice as good as what you'd see with pembro or atezolizumab. And then even when you look at our lots 1 and 3, you really see half the patients responded and 42% of them actually had complete responses. So we do have tremendous confidence in our mechanism of action and in the bladder cancer study, and we look forward to the outcome of that.

Now with respect to the second-line non-small cell lung cancer, at ASCO 2018, we did have Dr. Scott Gettinger go through 3 different cases, 2 of which were responders and the third one which was having very meaningful clinical response. And these were in patients who had previously been treated with I-O agents. And what was unique about that patient population is they also had responses to their initial I-O treatment. And so we modified that second-line I-O refractory patient population so that these patients could not have had primary refractory disease. They could only have relapsed disease, meaning that they had 120 days of stable disease or better in order to come onto the trial.

And I can let JZ mechanistically explain why we feel that there is a rationale for that.

**Jonathan Zalevsky**
*Chief Scientific Officer*

Yes. Thanks, Mary. The one thing that I'll add is remember like there's a key biomarker component especially when you consider the urothelial carcinoma. Remember that we showed a very high frequency of PD-L1 conversion in that population, which is why, of course, that is a PD-L1 negative readout kind of a study. We've provided that mechanistically. And the key was that, that was data that we showed with

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the entire cohort of patients. So even though we are noting the sort of differences between lots and we're applying that to a registration strategy, we still believe that there is enough confidence from the data that we have that progressing into the registrational program we have a good opportunity to be successful.

**Mary Tagliaferri**
*Chief Medical Officer*

Yes. And George, just closing this conversation. The 2 responders that we did see started on lots 1 and 3, again providing the confidence that we'll see efficacy in this patient population.

**George Farmer**
*BMO Capital Markets Equity Research*

Okay. And then at SITC, when you present the melanoma data, are we going to see the whole intent-to-treat population? Or are you going to break out the patients based on lot of drug that was received?

**Mary Tagliaferri**
*Chief Medical Officer*

Yes. So we haven't prepared the presentation yet. But obviously, we've always shown pooled data, and we have the opportunity and agreement with BMS to show the data by first lot that's been received. So we do have that possibility. And we shared with you today the response rate at first scan as well as the best overall response so far in that population.

Again, I just want to emphasize that our breakthrough therapy designation was based on the pooled data between lots 1 and 3 and lots 2 and 5. And the FDA were fully aware of these differences that we've seen between lots when they reviewed the BTD document.

**George Farmer**
*BMO Capital Markets Equity Research*

Okay. Great. And one more quick question. In the REVEAL trial with NKTR-262, your TLR agonist, which batch was used in that study?

**Jonathan Zalevsky**
*Chief Scientific Officer*

George, it's JZ. We used batch 4 in that study, which is not a batch that was used in PIVOT. But from a characterization point of view, batch 4 resembles lots 1 and 3 -- or batches 1 and 3 from PIVOT.

**Operator**

[Operator Instructions] And our next question comes from Daina Graybosch with SVB Leerink.

**Daina Michelle Graybosch**
*SVB Leerink LLC, Research Division*

The first one on TNBC and the CRI. Could we interpret from your comments on the potential registration trials as well as breaking down the lots that you did not see a promising efficacy signal in this indication?

**Mary Tagliaferri**
*Chief Medical Officer*

Yes. Since we're presenting those data at the quadruple meeting in September, we didn't go through all of the data presentation. But we look forward to sharing those data with you in Paris at the CRI quadruple meeting in September.

**Daina Michelle Graybosch**
*SVB Leerink LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. And then a question and follow-up for JZ. You talked about the mathematical modeling to compare the lots. Have you had the opportunity to do any preclinical experiments, lab experiments, to validate that? And then all your previous preclinical work, do we know what lots those were done with?

**Jonathan Zalevsky**
*Chief Scientific Officer*

Yes. Daina, this is JZ. So as we mentioned, we did discuss the control strategy with the FDA. And so there was a lot of data that was necessary in order for that discussion because we had to present to the FDA all the things in our findings. I can't get into the details of that though because, as I mentioned earlier, that's proprietary to our molecule and to our company, and it's even lead to some new intellectual property that we've filed. So I can't get into some of those details.

But to your other question then in terms of the batches used for the earlier preclinical studies, including our own publications, yes, so as we've described, what we observed in lots 2 and 5 was historical, really an outlier compared to all of the other batches we identified where we didn't see those kind of differences. So the material that we used even in our early research, early discovery campaigns was material that was more representative of lots 1 and 3.

**Daina Michelle Graybosch**
*SVB Leerink LLC, Research Division*

Got it. And then one last question. Which lots did you use in the single-agent dose escalation data? Was that anything from these problematic lots?

**Jonathan Zalevsky**
*Chief Scientific Officer*

Yes. This is JZ again. Yes, it was lot 1 that was used in the single agent, in the EXCEL monotherapy trial. And also, the dose escalation part of PIVOT-02, that also used lot 1.

**Daina Michelle Graybosch**
*SVB Leerink LLC, Research Division*

Actually, one more question. This is a huge investment, both you and BMS, having all these registration trials. Would you consider repeating any of the cohorts to get a sample in any of these ongoing registration trials quicker that was clean with good lot?

**Howard W. Robin**
*CEO, President & Director*

Well, I don't -- yes. No, I don't think that's the plan. I think we believe that we've identified the root cause. Can never prove causality, but we believe we understand what's happened. And we already have, as I said, 3 registrational trials running. We know the lots that are going into the clinic now for all the registrational trials look like lot 1 and like lot 3. And as I said, no one in the registrational trials ever received lot 2 or 5. So there is no reason to slow things down. And as you know, the landscape is also dramatically changing in a rapid way in the field of immuno-oncology.

So slowing things down to do additional homework, so to speak, I don't think is particularly attractive here. And I think there's really any need for it. We have some very, very clear results in a number of these studies. Look at melanoma, for example here. You have breakthrough status in first-line melanoma, which is a pretty significant accomplishment. So we're going to move ahead with these studies in a registrational trial setting and get them pegged to market as quickly as we can.

**Operator**

And I am showing no further questions from our phone lines. I'd now like to turn the conference back over to Howard Robin for any closing remarks.

**Howard W. Robin**
*CEO, President & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, thank you for joining us today, everyone. I know you'll have some more questions at a later date. There was a lot of information provided. But we're happy to set up one-on-one meetings and discuss this with you in more depth if you need to understand it better. And I want to thank all of our employees who I know are working very diligently on all the tasks that lie ahead of them. So thank you for joining us this afternoon.

**Operator**
Ladies and gentlemen, thank you for participating in today's conference. This does conclude the program, and you may all disconnect. Everyone, have a wonderful day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.