Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000

*Attorneys for Nominal Defendant Nektar*
*Therapeutics, and Defendants Howard W. Robin,*
*Gil Labrucherie, Jeff Ajer, Robert B. Chess, R.*
*Scott Greer, Lutz Lingnau, Roy A. Whitfield, and*
*Karin Eastham*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILIPPE DAMIBA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, GIL M. LABRUCHERIE, and MARY TAGLIAFERRI,<br><br>        Defendants. | Case No. 4:19-cv-05173-JSW<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Assigned to: Honorable Jeffrey S. White |

# [PROPOSED] ORDER

For good cause, the Court grants the following relief:

Defendants' Administrative Motion to Consider Whether Cases Should Be Related is GRANTED.

The action captioned *In re Nektar Therapeutics Derivative Litigation*, Case No. 4:20-cv-01088-JST, is hereby related to the action captioned *Damiba v. Nektar Therapeutics, et al.*, Case No. 4:19-cv-05173-JSW, and shall be reassigned to the undersigned Judge pursuant to Local Rule 3-12(f).

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Jeffrey S. White
United States District Judge

1