Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Matthew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000

*Attorneys for Nominal Defendant Nektar Therapeutics, and Defendants Howard W. Robin, Gil Labrucherie, Jeff Ajer, Robert B. Chess, R. Scott Greer, Lutz Lingnau, Roy A. Whitfield, and Karin Eastham*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILIPPE DAMIBA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, GIL M. LABRUCHERIE, and MARY TAGLIAFERRI,<br><br>    Defendants. | Case No. 4:19-cv-05173-JSW<br><br>CLASS ACTION<br><br>**STIPULATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Assigned to: Honorable Jeffrey S. White |

## **STIPULATION**

Pursuant to Civil L.R. 3-12, 7-11 and 7-12 the following parties submit this stipulation:

- Nominal defendant Nektar Therapeutics and individual defendants Howard W. Robin, Gil Labrucherie, Jeff Ajer, Robert B. Chess, R. Scott Greer, Lutz Lingnau, Roy A. Whitfield and Karin Eastham in the action titled *In re Nektar Therapeutics Derivative Litigation*, Case No. 4:20-cv-01088-JST (the "Consolidated Derivative Action.")

- Plaintiffs Allison Hunt and Gail Becker in the Consolidated Derivative Action.

1.      The parties listed above submit this stipulation in support of Defendants' Administrative Motion to Consider Whether Cases Should Be Related.

2.      As set forth in the Administrative Motion, the factual allegations underlying *Damiba* and the Consolidated Derivative Action are substantially overlapping.  The parties listed above agree that the two cases satisfy the criteria for relation set forth in Civil L.R. 3-12 and should be related.

IT IS THEREFORE STIPULATED AND AGREED by the parties listed above that, subject to the Court's approval, the Consolidated Derivative Action should be related to *Damiba*.

Date:  May 27, 2020                    SIDLEY AUSTIN LLP

                                       By: /s/ *Matthew J. Dolan*
                                           Matthew J. Dolan

                                       *Attorneys for Nominal Defendant Nektar Therapeutics, and Defendants Howard W. Robin, Gil Labrucherie, Jeff Ajer, Robert B. Chess, R. Scott Greer, Lutz Lingnau, Roy A. Whitfield, and Karin Eastham*

Date:  May 27, 2020                    BRAGAR EAGEL & SQUIRE, P.C.

                                       By: */s/ W. Scott Holleman*
                                           W. Scott Holleman

                                       *Attorneys for Plaintiffs Allison Hunt and Gail Becker*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation in Support of Administrative Motion to Consider Whether Cases Should Be Related.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the signatory has concurred in this filing.

DATED:  May 27, 2020                   By: */s/ Matthew J. Dolan*
                                           Matthew J. Dolan (SBN 291150)
                                           mdolan@sidley.com
                                           SIDLEY AUSTIN LLP
                                           1001 Page Mill Road, Building 1
                                           Palo Alto, CA 94304
                                           Telephone: 650-565-7000

                                       *Attorneys for Nominal Defendant Nektar Therapeutics, and Defendants Howard W. Robin, Gil Labrucherie, Jeff Ajer, Robert B. Chess, R. Scott Greer, Lutz Lingnau, Roy A. Whitfield, and Karin Eastham*