Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

Mathew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Palo Alto, CA  94304
Telephone: +1 (650) 565-7000
Facsimile: +1 (650) 565-7100

Robin Wechkin (*pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (415) 439-1799

*Attorneys for Defendants Nektar Therapeutics,*
*Howard W. Robin, Gil M. Labrucherie, and Mary*
*Tagliaferri*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PHILIPPE DAMIBA, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, GIL M. LABRUCHERIE, and MARY TAGLIAFERRI,<br><br>                    Defendants. | Case No. 4:19-cv-05173-JSW<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Civil L.R. 7-12, Lead Plaintiff Kanti K. Patel ("Lead Plaintiff") individually and as Trustee for the Kanti K. Patel Living Trust U/A 3/30/16, and Defendants Nektar Therapeutics, Howard W. Robin, Gil M. Labrucherie, and Mary Tagliaferri ("Defendants") submit the following Joint Stipulation and Proposed Order to Extend Deadline for Defendants' Reply in Support of Motion to Dismiss:

WHEREAS, on January 24, 2020, Lead Plaintiff filed an Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 62);

WHEREAS, on March 9, 2020, the Court granted the parties' Joint Stipulation and Proposed Scheduling Order (ECF No. 70), setting the following deadlines: Defendants to file a motion to dismiss the amended complaint on or before April 10, 2020; Lead Plaintiff to file an opposition to the motion to dismiss on or before June 1, 2020; Defendants to file a reply in support of the motion to dismiss on or before July 9, 2020; and a hearing to be held on the motion to dismiss on August 7, 2020;

WHEREAS, on April 10, 2020, Defendants filed a motion to dismiss the amended complaint (ECF No. 73);

WHEREAS, on June 1, 2020, Lead Plaintiff filed an opposition to the motion to dismiss (ECF No. 84);

WHEREAS, Defendants have requested that Lead Plaintiff consent to an additional 7 days for Defendants' reply in support of the motion to dismiss, and Lead Plaintiff has so consented;

WHEREAS, an additional 7 days for Defendants' reply in support of the motion to dismiss will not alter the date or any other deadline already set by the Court, including the hearing on the motion to dismiss scheduled for August 7, 2020, at 9:00 a.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that:

1. Defendants' reply in support of the motion to dismiss shall be filed on or before July 16, 2020.

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR
DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS
CASE NO. 4:19-cv-05173-JSW

Respectfully submitted,

Date:  June 24, 2020                    SIDLEY AUSTIN LLP


                                       By:    */s/ Sara B. Brody*
                                              SARA B. BRODY (Bar No. 130222)

                                       555 California Street
                                       Suite 2000
                                       San Francisco, CA 94104
                                       Telephone: (415) 772-1279
                                       Facsimile: (415) 772-7400
                                       sbrody@sidley.com

                                       *Counsel for Defendants Nektar Therapeutics,
                                       Howard W. Robin, Gil M. Labrucherie, and
                                       Mary Tagliaferri*

Date:  June 24, 2020                    KESSLER TOPAZ MELTZER
                                        & CHECK, LLP


                                       By:    */s/ Geoffrey C. Jarvis*
                                              GEOFFREY C. JARVIS (*pro hac vice*)
                                              MARK FRANEK (*pro hac vice*)
                                              FARZANA ISLAM (*pro hac vice*)

                                       280 King of Prussia Road
                                       Radnor, PA 19087
                                       Telephone: (610) 667-7706
                                       Facsimile: (610) 667-7056
                                       gjarvis@ktmc.com
                                       mfranek@ktmc.com
                                       fislam@ktmc.com

                                       *Counsel for Lead Plaintiff Kanti K. Patel,
                                       Individually and as Trustee for the Kanti K
                                       Patel Living Trust U/A 3/30/16, and Lead
                                       Counsel for the Class*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR
DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS
CASE NO. 4:19-cv-05173-JSW

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Defendants' reply in support of the motion to dismiss shall be filed on or before July 16, 2020.

DATED: June 24, 2020

Honorable Jeffrey S. White
United States District Judge

4