Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone: (415) 772-1200

Mathew J. Dolan (SBN 291150)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 565-7000

Robin Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (415) 439-1799

*Attorneys for Defendants Nektar Therapeutics,*
*Howard Robin, Gil Labrucherie, and Mary*
*Tagliaferri*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PHILIPPE DAMIBA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, GIL M. LABRUCHERIE, and MARY TAGLIAFERRI,<br><br>Defendants. | Case No. 4:19-cv-05173-JSW<br><br>CLASS ACTION<br><br>**REPLY DECLARATION OF ROBIN WECHKIN IN SUPPORT OF DEFENDANTS NEKTAR THERAPEUTICS, HOWARD ROBIN, GIL LABRUCHERIE AND MARY TAGLIAFERRI'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Honorable Jeffrey S. White<br>Date:  August 7, 2020<br>Time:  9:00 a.m.<br>Oakland Courthouse, Courtroom 5 – 2nd Floor |

### **<u>DECLARATION OF ROBIN WECHKIN</u>**

I, Robin Wechkin, declare as follows:

I am an attorney at law licensed to practice in the State of Washington and counsel with the firm of Sidley Austin LLP, which represents defendants Nektar Therapeutics, Howard Robin, Gil Labrucherie and Mary Tagliaferri in this matter. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. This declaration is submitted in support of the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

Attached as exhibit A to this declaration is a true and correct copy of Nektar's Form 8-K, filed with the SEC on January 10, 2020. Courts routinely take judicial notice of materials filed with the SEC, particularly in securities cases. *E.g.*, *Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (SEC filings are proper subjects of judicial notice); *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (same); *In re Intel Corp. Sec. Litig.*, 2019 WL 1427660, at *7 (N.D. Cal. Mar. 29, 2019) ("SEC filings are routinely subject to judicial notice"); Dkt. No. 74 at 5 (citing additional authorities).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of July 2020, in Issaquah, Washington.

*/S/ Robin Wechkin*

Robin Wechkin

1

**LOCAL RULE 5-1 ATTESTATION**

I, Sara B. Brody, am the ECF User whose ID and password are being used to file this Declaration of Robin Wechkin In Support of Defendants' Motion to Dismiss.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robin Wechkin has concurred in this filing.

Date:  July 16, 2020                                    **SIDLEY AUSTIN LLP**


                                                         By: */S/ Sara B. Brody*
                                                              SARA B. BRODY (SBN 130222)

                                                         *Attorneys for Defendants*

2