**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
GEOFFREY C. JARVIS (*Pro Hac Vice*)
Radnor, PA 19087
Tele:   (610) 822-2220
Fax:   (610) 667-7056
gjarvis@ktmc.com

-and-

STACEY M. KAPLAN (Bar No. 241989)
PENG SHAO (Bar No. 319624)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001
skaplan@ktmc.com
pshao@ktmc.com

*Counsel for Lead Plaintiff Kanti K. Patel, Individually and as Trustee for the Kanti K Patel Living Trust U/A 3/30/16, and Named Plaintiffs The Tech Trader Fund LP and Henry J. Juske, and Lead Counsel for the Class*

[*Additional Counsel on Signature Page.*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| KANTI K. PATEL, Individually and as Trustee for the Kanti K Patel Living Trust U/A 3/30/16, THE TECH TRADER FUND LP, and HENRY J. JUSKE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> NEKTAR THERAPEUTICS, HOWARD W. ROBIN, GIL M. LABRUCHERIE, and MARY TAGLIAFERRI, <br><br> Defendants. | Case No. 4:19-cv-05173-JSW <br><br> CLASS ACTION <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO** <br><br> Judge:   The Hon. Jeffrey S. White |

Case No. 4:19-cv-05173-JSW
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS'
SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO

Pursuant to Civil L.R. 7-12 and the Court's Standing Civil Orders, Lead Plaintiff Kanti K. Patel individually and as Trustee for the Kanti K. Patel Living Trust U/A 3/30/16, and named plaintiffs The Tech Trader Fund LP and Henry J. Juske ("Plaintiffs"), and Defendants Nektar Therapeutics, Howard W. Robin, Gil M. Labrucherie, and Mary Tagliaferri ("Defendants") submit the following Joint Stipulation and [Proposed] Order to extend deadline for Plaintiffs' second amended complaint and Defendants' response thereto:

WHEREAS, on January 24, 2020, Lead Plaintiff filed an Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint") (ECF No. 62);

WHEREAS, on April 10, 2020, Defendants filed a motion to dismiss the Amended Complaint ("Motion to Dismiss") (ECF No. 73);

WHEREAS, on June 1, 2020, Lead Plaintiff filed an opposition to the Motion to Dismiss (ECF No. 84) and Defendants filed their reply to the Motion to Dismiss on July 16, 2020 (ECF No. 87);

WHEREAS, on January 26, 2021, the Court granted Defendants' Motion to Dismiss with leave to amend ("Order") (ECF No. 92);

WHEREAS, the Order provides Lead Plaintiff "shall file and serve an amended complaint or a statement that no such amended complaint shall be filed within twenty one days of the date of this Order [i.e., by February 16, 2021], and Defendants shall file their response within twenty one days thereafter." *Id.* at 12; and

WHEREAS, the parties have met and conferred and agreed to a modest 14-day extension of the deadline for Lead Plaintiff to file an amended complaint and for Defendants to file their response thereto, which is necessary in light of the issues raised by the Order, existing litigation schedules, and ongoing COVID-19 related logistical challenges.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that:

1. Lead Plaintiff's second amended complaint shall be filed on or before March 2, 2021.

2. Defendants shall have until April 6, 2021, to file their response to the second amended complaint.

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO

Dated: February 4, 2021                    Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

*/s/ Geoffrey C. Jarvis*
GEOFFREY C. JARVIS (*Pro Hac Vice*)[1]
280 King of Prussia Road
Radnor, PA 19087
Tel:    (610) 822-2220
Fax:    (610) 667-7056
gjarvis@ktmc.com

-and-

STACEY M. KAPLAN (Bar No. 241989)
PENG SHAO (Bar No. 319624)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001
skaplan@ktmc.com
pshao@ktmc.com

*Counsel for Lead Plaintiff Kanti K. Patel, Individually and as Trustee for the Kanti K Patel Living Trust U/A 3/30/16, and Named Plaintiffs The Tech Trader Fund LP and Henry J. Juske, and Lead Counsel for the Class*

Dated: February 4, 2021                    **SIDLEY AUSTIN LLP**

*/s/ Matthew J. Dolan*
MATTHEW J. DOLAN (Bar No. 291150)
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Tel:    (650) 565-7000
mdolan@sidley.com

-and-

SARA B. BRODY (Bar No. 130222)
555 California Street, Suite 2000
San Francisco, CA 94104
Tel:    (415) 772-1279
sbrody@sidley.com

---

[1]    In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO

ROBIN WECHKIN (*Pro Hac Vice*)
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Tel:    (415) 439-1799
rwechkin@sidley.com

*Counsel for Defendants Nektar Therapeutics,
Howard W. Robin, Gil M. Labrucherie, and
Mary Tagliaferri*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS'
SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO

[PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. Lead Plaintiff's second amended complaint shall be filed on or before March 2, 2021.

2. Defendants shall have until April 6, 2021, to file their response to the second amended complaint.

DATED:   February 4, 2021

_____
Hon. Jeffrey S. White
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO