**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
GEOFFREY C. JARVIS (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Tele:   (610) 822-2220
Fax:    (610) 667-7056
gjarvis@ktmc.com

-and-

STACEY M. KAPLAN (Bar No. 241989)
PENG SHAO (Bar No. 319624)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001
skaplan@ktmc.com
pshao@ktmc.com

*Counsel for Lead Plaintiff Kanti K. Patel, Individually and as*
*Trustee for the Kanti K Patel Living Trust U/A 3/30/16, and*
*Named Plaintiffs The Tech Trader Fund LP and Henry J. Juske*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| KANTI K. PATEL, Individually and as Trustee for the Kanti K Patel Living Trust U/A 3/30/16, THE TECH TRADER FUND LP, and HENRY J. JUSKE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, GIL M. LABRUCHERIE, and MARY TAGLIAFERRI,<br><br>        Defendants. | Case No. 4:19-cv-05173-JSW<br><br>**NOTICE OF INTENT TO VOLUNTARILY DISMISS**<br><br>Judge:       The Hon. Jeffrey S. White |

Case No. 4:19-cv-05173-JSW
NOTICE OF INTENT TO VOLUNTARILY DISMISS

Pursuant to this Court's January 26, 2021 Order Granting Defendants' Motions to Dismiss (ECF No. 92), Lead Plaintiff Kanti K. Patel, individually and as Trustee for the Kanti K. Patel Living Trust U/A 3/30/16, and named plaintiffs The Tech Trader Fund LP and Henry J. Juske, through their counsel of record, hereby state that no amended complaint shall be filed in the above-captioned matter, and give notice of their intent to voluntarily dismiss the above-captioned matter as reflected in the accompanying Notice of Voluntary Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 2, 2021

Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

*/s/ Geoffrey C. Jarvis*
GEOFFREY C. JARVIS (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Tele:   (610) 822-2220
Fax:     (610) 667-7056
gjarvis@ktmc.com

-and-

STACEY M. KAPLAN (Bar No. 241989)
PENG SHAO (Bar No. 319624)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:     (415) 400-3000
Fax:     (415) 400-3001
skaplan@ktmc.com
pshao@ktmc.com

*Counsel for Lead Plaintiff Kanti K. Patel, Individually and as Trustee for the Kanti K Patel Living Trust U/A 3/30/16, and Named Plaintiffs The Tech Trader Fund LP and Henry J. Juske*