**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
GEOFFREY C. JARVIS (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Tele:   (610) 822-2220
Fax:    (610) 667-7056
gjarvis@ktmc.com

-and-

STACEY M. KAPLAN (Bar No. 241989)
PENG SHAO (Bar No. 319624)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001
skaplan@ktmc.com
pshao@ktmc.com

*Counsel for Lead Plaintiff Kanti K. Patel, Individually and as*
*Trustee for the Kanti K Patel Living Trust U/A 3/30/16, and*
*Named Plaintiffs The Tech Trader Fund LP and Henry J. Juske*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| KANTI K. PATEL, Individually and as Trustee for the Kanti K Patel Living Trust U/A 3/30/16, THE TECH TRADER FUND LP, and HENRY J. JUSKE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NEKTAR THERAPEUTICS, HOWARD W. ROBIN, GIL M. LABRUCHERIE, and MARY TAGLIAFERRI,<br><br>        Defendants. | Case No. 4:19-cv-05173-JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge:      The Hon. Jeffrey S. White |

Case No. 4:19-cv-05173-JSW
NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Kanti K. Patel, individually and as Trustee for the Kanti K. Patel Living Trust U/A 3/30/16, and named plaintiffs The Tech Trader Fund LP and Henry J. Juske, through their counsel of record, hereby voluntarily dismiss the above-captioned matter with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: March 2, 2021

Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

*/s/ Geoffrey C. Jarvis*
GEOFFREY C. JARVIS (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Tele:  (610) 822-2220
Fax:    (610) 667-7056
gjarvis@ktmc.com

-and-

STACEY M. KAPLAN (Bar No. 241989)
PENG SHAO (Bar No. 319624)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001
skaplan@ktmc.com
pshao@ktmc.com

*Counsel for Lead Plaintiff Kanti K. Patel, Individually and as Trustee for the Kanti K Patel Living Trust U/A 3/30/16, and Named Plaintiffs The Tech Trader Fund LP and Henry J. Juske*